RECEIVED

DEC 1 8 2006

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

06-864 T

Plaintiff(s) or Petitioner(s)
David M. Huntsman and Angela R. Huntsman

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attacl

Name of the attorney of record (See RCFC 83.1(c)): Robert C. Norton, Esq.

Firm Name: Stone, Rosenblatt & Cha

Post Office Box:

Street Address: 21550 Oxnard Street, Main Plaza, Suite 200

City-State-Zip: Woodland Hills, CA 91367

Telephone & Facsimile Numbers: (818) 999-2232; (818) 999-2269

Is the attorney of record admitted to the Court of Federal Claims Bar? ☐ Yes ■ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 1 2
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: T R E
See attached sheet for three-digit codes.

Amount Claimed: $ 19,507.00
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **DAVID M. HUNTSMAN and ANGELA R. HUNTSMAN, husband and wife,** | ) | **No.** 06-864 T |
| **Plaintiffs,** | ) | |
| **vs.** | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |

FILED
DEC 18 2006
U.S. COURT OF FEDERAL CLAIMS

## COMPLAINT FOR REFUND OF INCOME TAX

Plaintiffs David M. Huntsman and Angela R. Huntsman, husband and wife, by their undersigned attorneys, sue the defendant, the United States of America.

### PARTIES

1. Plaintiffs are husband and wife, and are citizens of the United States who reside at 10 Warne Terrace 19, Caloundra, Queensland 4551, Australia. Their social security numbers are 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 and 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, respectively

2. The Defendant is the United States of America.

### JURISDICTION

3. This is an action for the recovery of federal income taxes and interest erroneously or illegally assessed against and collected from the Plaintiffs.

4. This Court has jurisdiction by reason of 28 U.S.C. §1346(a)(1), and venue is appropriate under 28 U.S.C. §1391(e).

## CLAIM

5. Recovery is sought of federal income tax for the taxable year ended December 31, 1999. On or before April 15, 2000, the plaintiffs, David M. Huntsman and Angela R. Huntsman, filed a timely joint federal income tax return (Form 1040) for the calendar year 1999 with the Internal Revenue Service Center in Fresno, California. Plaintiffs timely paid income taxes in the amount of $35,950.00 on account of this return.

6. On or about June 2, 2003, the defendant assessed against plaintiffs additional federal income tax of $19,289.00, and penalties in the amount of $3,857.80. A copy of the Notice of Deficiency dated June 2, 2003, is attached hereto, marked as Exhibit A, and incorporated herein by this reference. An Explanation of Items is included in Exhibit A.

7. On or about December 12, 2003, defendant sent plaintiffs a statement of account listing additional assessed tax in the amount of $19,289.00, penalties in the amount of $3,857.80, and interest in the amount of $4,365.77 for the period from April 15, 2000 through December 15, 2003. No payments by plaintiffs, or offsets by defendant, were made as of that time.

8. On or about April 15, 2004, plaintiffs timely filed a joint tax return (Form 1040) for the tax year ending December 31, 2003. Plaintiffs timely paid income taxes on account of this return, and were entitled to receive a refund by reason of overpayment of tax. No such refund was received by plaintiffs.

9. On or about April 15, 2005, plaintiffs timely filed a joint tax return (Form 1040) for the tax year ending December 31, 2004. Plaintiffs timely paid income taxes on account of this return, and were entitled to receive a refund by reason of overpayment of tax. No such refund was received by plaintiffs.

10. Plaintiffs are informed and believe, and thereon allege, that sometime after April

15, 2004, defendant retained the refund amount due to plaintiffs on account of their April 15, 2004 filing of Form 1040, and applied the same as a credit against the tax deficiency alleged for the tax year ending December 31, 1999.

11. Plaintiffs are further informed and believe, and thereon allege, that sometime after April 15, 2005, defendant retained the refund amount due to plaintiffs on account of their April 15, 2005 filing of Form 1040, and applied the same as a credit against the tax deficiency alleged for the tax year ending December 31, 1999.

12. The combination of these retained refund amounts, the last of which was due and payable to plaintiffs after April 15, 2005, exceeded the amount of additional tax assessed by defendant, so that sometime after April 15, 2005, the entire alleged tax deficiency for the tax year ending December 31, 1999, had been paid.

13. On or about November 17, 2005, plaintiffs filed a Form 1040X claim with the Internal Revenue Service Center at Fresno, California, for refund of federal income tax and interest paid for 1999, in the amount of $19,289.00, together with interest as allowed by law. A copy of this claim is attached hereto, marked as Exhibit B, and incorporated herein by this reference. More than six months have elapsed since the filing of the claim and no action has been taken thereon.

14. The audit giving rise to the Notice of Deficiency commenced on or about May 2002, with Internal Revenue Service agent Ms. V. Morris as the agent in charge of the audit. In response to requests to plaintiffs made in June and July of 2002, Ms. Morris was supplied with comprehensive documentation substantiating total gross receipts and all expenses claimed by plaintiffs on their tax return. Plaintiffs are informed and believe, and thereon allege, that in or about September, 2002, upon inquiry as to the status of the audit by plaintiffs' accountants, Ms.

Morris stated that she had misplaced the documents provided by plaintiffs but had subsequently found them and was proceeding with the audit.

15. Plaintiffs did not receive an examination report from Ms. Morris until March 7, 2003. Plaintiffs are informed and believe, and thereon allege, that Ms. Morris either had not recovered the lost documentation provided by plaintiffs or failed or refused to review the same. Plaintiffs are in complete disagreement with the audit results from Ms. Morris, and contend that the results of the audit are erroneous in all respects, that no additional tax is due or owing for the tax year ended Decmber 31, 1999, and that no penalty or interest is owed to defendant.

16. No action on the claim for refund attached as Exhibit B has been taken by Congress or any agency of the United States or in any judicial proceeding, including any in the Tax Court of the United States.

17. Plaintiffs are the sole owners of the claim included in Exhibit B and asserted herein, and have made no assignment thereof.

Wherefore, plaintiffs demand judgment in the amount of $19,507.00, plus interest and costs allowed by law, and such other relief as the Court may deem just, including the award of reasonable litigation costs and attorney fees incurred in this proceeding, under 26 U.S.C. §7430.

Dated: December 15, 2005

**STONE | ROSENBLATT | CHA**
**A Professional Law Corporation**

By: ______________________
Robert C. Norton, Esq.
Attorneys for Plaintiffs David M. Hunstman
and Angela R. Huntsman*
STONE, ROSENBLATT & CHA, PLC
21550 Oxnard Street, Suite 200
Woodland Hills, CA 91367
Telephone: (818) 999-2232
Facsimile: (818) 999-2269
E-mail: Rnorton@srclaw.com