Department of the Treasury
Internal Revenue Service

TECHNICAL SERVICES MANAGER
TECHNICAL SERVICES TERRITORY 16

Angela R. Huntsman aka Angela Rose Huntsman
and David M. Huntsman aka David Mathew Huntsman
12021 Wilshire Boulevard, Apartment 203
Los Angeles, California 90025

**Letter Number:**
531(DO)
**Letter Date:** JUN 02 2003

**Taxpayer Identification Number:**
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
**Form:**
1040
**Person to Contact:**
Notices Clerk
**Telephone Number:**
(213) 576-3613
**Employee Identification Number:**
95-08294
**Refer Reply to:**
QMS - 90 Day Section
300 N. Los Angeles St. MS 5019
Los Angeles, CA 90012
**Last Day to File a Petition With the United States Tax Court:**
SEP 01 2003

| | |
|---|---|
| Tax Year(s) Ended: | December 31, 1999 |
| Deficiency: | |
| Increase in Tax | $19,289.00 |
| Penalties: | |
| § 6662 | $3,857.80 |

## NOTICE OF DEFICIENCY

We have determined that you owe additional tax or other amounts, or both, for the tax year(s) identified above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have 90 days from the date of this letter (150 days if addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below.

United States Tax Court
400 Second Street, NW
Washington, DC 20217

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure by writing to the Tax Court. You should write promptly if you intend to file a petition with the Tax Court.

Send the completed petition, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the same address above. The Court cannot consider your case if the petition is filed late. The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150 day period and the envelope containing the petition is properly addressed with the correct postage.

(over)

Exhibit "A"

The time for filing a petition with the court is set by law and cannot be extended or suspended. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS, won't change the allowable period for filing a petition with the Tax Court.

As required by law, separate notices are sent to husbands and wives. If this letter is addressed to both husband and wife, and both want to petition the Tax Court, both must sign and file the petition or each must file a separate, signed petition. If more than one tax year is shown above, you may file one petition form showing all of the years you are contesting.

You may represent yourself before the Tax Court, or you may be represented by anyone admitted to practice before the Tax Court.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address on the top of the front of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court, within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

NOTE: If you are a C-corporation, section 6621(c) of the Internal Revenue code requires that we charge an interest rate two percent higher than the normal rate of large corporate underpayments of $100,000 or more.

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the front of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the enclosed Notice 1214, Helpful Contacts for Your "Notice of Deficiency", for Taxpayer Advocate telephone numbers and addresses.

Thank you for your cooperation.

Sincerely,
Mark W. Everson
Commissioner
By

Leo V. Alvarado
Technical Services Territory Manager
Technical Services Territory 16

Enclosures:
Explanation of tax changes
Waiver
Notice 1214

processed by: ______
reviewed by: ______

FORM 4089

Department of the Treasury - Internal Revenue Service

**NOTICE OF DEFICIENCY - WAIVER**

Symbols
DO95:OMS:90DAY

Name, SSN or EIN, and Address of Taxpayer(s)

Angela R. Huntsman aka Angela Rose Huntsman
and David M. Huntsman aka David Mathew Huntsman
12021 Wilshire Boulevard, Apartment 203
Los Angeles, California 90025

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

Kind of Tax
Income

[ X ] Copy to Authorized Representative
Brent W. Meyer
17530 Ventura Boulevard, Suite 201
Encino, California 91316

DEFICIENCY - Increase in Tax and Penalties

Tax Year(s) Ended: December 31, 1999

Deficiency:
Increase in Tax $19,289.00
Penalties:
§ 6662 $3,857.80

See the attached explanation for the above deficiencies

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law.

Your Signature — Date signed

Spouse's Signature, If A Joint Return Was Filed — Date signed

Taxpayer's Representative Sign Here — Date signed

Corporate Name:

Corporate Officers Sign Below

Signature — Title — Date signed

Signature — Title — Date signed

(For instructions, see next page)

If you agree, please sign and return this form.

Keep a copy of your records.

Form 4089 (Rev. 1-1983)

# Instructions for Form 4089

If you consent to the assessment of the amounts shown in this waiver, please sign and return it in order to limit the accumulation of interest and expedite our bill to you. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are entitled to a refund. It will not prevent us from later determining, if necessary, that you owe additional tax; nor will it extend the time provided by law for either action.

If you later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

## Who Must Sign

If this waiver is for any year(s) for which you filed a joint return, both you and your spouse must sign the original of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a person acting in a fiduciary capacity (executor, administrator, trustee) file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

CONTINUATION SHEET

| | | |
|---|---|---|
| Taxpayer Name: | Angela R. Huntsman aka Angela Rose Huntsman<br>and David M. Huntsman aka David Mathew Huntsman | TIN: 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 |

## INTEREST ON DEFICIENCIES

Interest on deficiencies will accrue from the due date of the return until paid.

## ACCURACY-RELATED PENALTY IRC SECTION 6662(a)

Since all or part of the underpayment of tax for the taxable year(s) ended December 31, 1999 is attributable to one or more of (1) negligence or disregard of rules or regulations, (2) any substantial understatement of income tax, or (3) any substantial valuation overstatement, a penalty is charged as provided by section 6662(a) of the Internal Revenue Code. The penalty is twenty (20) percent of the portion of the underpayment of tax attributable to each component of this penalty. In addition, interest is computed on this penalty from the due date of the return (including any extensions).

IRS

Department of the Treasury
Internal Revenue Service

Notice 1214 (Rev. 4-2003)
Catalog Number 26162Z

# Helpful Contacts for Your "Notice of Deficiency"

Do you have questions/concerns about this *"Notice of Deficiency?"* **First contact the person whose name and telephone number appear at the top of your letter.** This person can directly access your tax information and help you get answers.

Do you want assistance by a Taxpayer Advocate? This assistance **is not** a substitute for established IRS procedures, formal Appeals processes, etc. The Taxpayer Advocate **cannot** reverse legal or technically correct tax determinations, nor extend the time allowed by law to file a petition in the U.S. Tax Court. However, the Taxpayer Advocate **can** give your tax matter proper and prompt handling when unresolved through normal channels. You can call toll-free 1-877-777-4778 and ask for Taxpayer Advocate assistance, or call the telephone number of the Taxpayer Advocate for the IRS office listed below that issued this *"Notice of Deficiency."*

ALABAMA
**Birmingham Office**
Taxpayer Advocate
801 Tom Martin Dr.
Birmingham, AL 35211
(205) 912-5631

ALASKA
**Anchorage Office**
Taxpayer Advocate
949 East 36th Ave., Stop A-405
Anchorage, AK 99508
(907) 271-6877

ARIZONA
**Phoenix Office**
Taxpayer Advocate
210 E. Earll Drive, Stop 1005-PHX
Phoenix, AZ 85012
(602) 207-8240

ARKANSAS
**Little Rock Office**
Taxpayer Advocate
700 West Capitol St., Stop 1005-LIT
Little Rock, AR 72201
(501) 324-6269

CALIFORNIA
**Laguna Niguel Office**
Taxpayer Advocate
24000 Avila Road-Room 3362
Laguna Niguel, CA 92677
(949) 389-4804

**Los Angeles Office**
Taxpayer Advocate
300 N. Los Angeles St.
Stop 6710 Room 5109
Los Angeles, CA 90012
(213) 576-3140

**Oakland Office**
Taxpayer Advocate
1301 Clay St. # 1540S
Oakland, CA 94612
(510) 637-2703

**Sacramento Office**
Taxpayer Advocate
4330 Watt Ave.
N. Highlands, CA 95660
(916) 974-5007

**San Jose Office**
Taxpayer Advocate
55 S. Market St., Stop HQ000-4
San Jose, CA 95113
(408) 817-6850

COLORADO
**Denver Office**
Taxpayer Advocate
600 17th St., Stop 1005-DEN
Denver, CO 80202-2490
(303) 446-1012

CONNECTICUT
**Hartford Office**
Taxpayer Advocate
135 High St., Stop 219
Hartford, CT 06103
(860) 756-4555

DELAWARE
**Wilmington Office**
Taxpayer Advocate
409 Silverside Rd.
Wilmington, DE 19809
(302) 791-4502

DISTRICT OF COLUMBIA
**Baltimore Office**
Taxpayer Advocate
31 Hopkins Plaza Room 940
Baltimore, MD 21201
(410) 962-2082

FLORIDA
**Ft. Lauderdale Office**
Taxpayer Advocate
7850 SW 6th Court
Plantation, FL 33324
(954) 423-7677

**Jacksonville Office**
Taxpayer Advocate
841 Prudential Dr., Suite 100
Stop: TA:SE/INT:JAX
Jacksonville, FL 32207
(904) 665-1000

GEORGIA
**Atlanta Office**
Taxpayer Advocate
401 W. Peachtree St., NW,
Summit Building
Stop 202-D
Atlanta, GA 30308
(404) 338-8099

HAWAII
**Honolulu Office**
Taxpayer Advocate
Stop H-405
300 Ala Moana Blvd., #50089
Honolulu, HI 96850
(808) 539-2870

IDAHO
**Boise Office**
Taxpayer Advocate
550 West Fort St., Box 041
Boise, ID 83724
(208) 334-1324

ILLINOIS
**Chicago Office**
Taxpayer Advocate
230 S. Dearborn St.
Stop 1005-CHI
Chicago, IL 60604
(312) 566-3800

**Springfield Office**
Taxpayer Advocate
320 W. Washington St.
Stop 1005-SPD
Springfield, IL 62701
(217) 527-6382

INDIANA
**Indianapolis Office**
Taxpayer Advocate
575 N. Pennsylvania St., Stop TA770
Indianapolis, IN 46204
(317) 226-6332

IOWA
**Des Moines Office**
Taxpayer Advocate
210 Walnut St., Stop 1005- DSM
Des Moines, IA 50309
(515) 284-4780

KANSAS
**Wichita Office**
Taxpayer Advocate
271 W. 3rd St., North
Stop 1005-WIC
Wichita, KS 67202
(316) 352-7506

KENTUCKY
**Louisville Office**
Taxpayer Advocate
600 Dr. MLK Jr. Place
Federal Building-Room 622
Louisville, KY 40202
(502) 582-6030

LOUISIANA
**New Orleans Office**
Taxpayer Advocate
600 South Maestri Pl., Stop 2
New Orleans, LA 70130
(504) 558-3001

MAINE
**Augusta Office**
Taxpayer Advocate
68 Sewall St., Room 313
Augusta, ME 04330
(207) 622-8528

MARYLAND
**Baltimore Office**
Taxpayer Advocate
31 Hopkins Plaza Room 940
Baltimore, MD 21201
(410) 962-2082

MASSACHUSETTS
**Boston Office**
Taxpayer Advocate
25 New Sudbury St.
Boston, MA 02203
(617) 316-2690

MICHIGAN
**Detroit Office**
Taxpayer Advocate
McNamara Federal Building
477 Michigan Ave. - Room 1745
Detroit, MI 48226
(313) 628-3670

MINNESOTA
**St. Paul Office**
Taxpayer Advocate
Stop 1005-STP
316 North Robert St.
St. Paul, MN 55101
(651) 312-7999

IRS

Department of the Treasury
Internal Revenue Service

Notice 1214 (Rev. 4-2003)
Catalog Number 26162Z

**MISSISSIPPI**
**Jackson Office**
Taxpayer Advocate
100 W. Capitol St., Stop JK31
Jackson, MS 39269
(601) 292-4800

**MISSOURI**
**St. Louis Office**
Taxpayer Advocate
Robert A. Young Building
1222 Spruce Street, Stop 1005-STL
St. Louis, MO 63103
(314) 612-4610

**MONTANA**
**Helena Office**
Taxpayer Advocate
10 West 15th St., Suite 2319
Helena, MT 59626
(406) 441-1022

**NEBRASKA**
**Omaha Office**
Taxpayer Advocate
1313 Farnam St., Stop 1005-OMA
Omaha, NE 68102
(402) 221-4181

**NEVADA**
**Las Vegas Office**
Taxpayer Advocate
4750 West Oakey Blvd.
Stop 1005-LVG
Las Vegas, NV 89102
(702) 455-1241

**NEW HAMPSHIRE**
**Portsmouth Office**
Taxpayer Advocate
Federal Office Building
80 Daniel St.
Portsmouth, NH 03801
(603) 433-0571

**NEW JERSEY**
**Springfield Office**
Taxpayer Advocate
955 S. Springfield Ave.
Springfield, NJ 07081
(973) 921-4043

**NEW MEXICO**
**Albuquerque Office**
Taxpayer Advocate
5338 Montgomery Blvd. N.E.
Stop 1005-ALB
Albuquerque, NM 87109
(505) 837-5505

**NEW YORK**
**Albany Office**
Taxpayer Advocate
Leo O'Brien Federal Building
1 Clinton Square
Albany, NY 12207
(518) 427-5413

**Brooklyn Office**
Taxpayer Advocate
10 Metro Tech Center
625 Fulton St.
Brooklyn, NY 11201
(718) 488-2080

**Buffalo Office**
Taxpayer Advocate
201 Como Park Blvd.
Buffalo, NY 14227
(716) 686-4850

**Manhattan Office**
Taxpayer Advocate
290 Broadway - 7th Floor
New York, NY 10007
(212) 436-1011

**NORTH CAROLINA**
**Greensboro Office**
Taxpayer Advocate
320 Federal Place, Room 125
Greensboro, NC 27401
(336) 378-2180

**NORTH DAKOTA**
**Fargo Office**
Taxpayer Advocate
657 2nd Ave. N., Stop 1005-FAR
Fargo, ND 58102
(701) 239-5141

**OHIO**
**Cincinnati Office**
Taxpayer Advocate
550 Main St., Room 3530
Cincinnati, OH 45202
(513) 263-3260

**Cleveland Office**
Taxpayer Advocate
1240 E. Ninth St., Room 423
Cleveland, OH 44199
(216) 522-7134

**OKLAHOMA**
**Oklahoma City Office**
Taxpayer Advocate
55 N. Robinson, Stop 1005-OKC
Oklahoma City, OK 73102
(405) 297-4055

**OREGON**
**Portland Office**
Taxpayer Advocate
1220 S.W. 3rd Ave., Stop O-405
Portland, OR 97204
(503) 326-2333

**PENNSYLVANIA**
**Philadelphia Office**
Taxpayer Advocate
600 Arch St., Room 7426
Philadelphia, PA 19106
(215) 861-1304

**Pittsburgh Office**
Taxpayer Advocate
1000 Liberty Ave., Room 1602
Pittsburgh, PA 15222
(412) 395-5987

**RHODE ISLAND**
**Providence Office**
Taxpayer Advocate
380 Westminster St.
Providence, RI 02903
(401) 525-4200

**SOUTH CAROLINA**
**Columbia Office**
Taxpayer Advocate
1835 Assembly St.
466
Columbia, SC 29201
(803) 253-3029

**SOUTH DAKOTA**
**Aberdeen Office**
Taxpayer Advocate
115 4th Ave. Southeast
Stop 1005-ABE
Aberdeen, SD 57401
(605) 226-7248

**TENNESSEE**
**Nashville Office**
Taxpayer Advocate
801 Broadway, Stop 22
Nashville, TN 37203
(615) 250-5000

**TEXAS**
**Austin Office**
Taxpayer Advocate
300 E. 8th St., Stop 1005-AUS
Austin, TX 78701
(512) 499-5875

**Dallas Office**
Taxpayer Advocate
1114 Commerce St.
10th Floor MC1005
Dallas, TX 75242
(214)413-6500

**Houston Office**
Taxpayer Advocate
1919 Smith St., Stop 1005-HOU
Houston, TX 77002
(713) 209-3660

**UTAH**
**Salt Lake City Office**
Taxpayer Advocate
50 South 200 East, Stop 1005-SLC
Salt Lake City, UT 84111
(801) 799-6958

**VERMONT**
**Burlington Office**
Taxpayer Advocate
Courthouse Plaza
199 Main St.
Burlington, VT 05401
(802) 860-2089

**VIRGINIA**
**Richmond Office**
Taxpayer Advocate
400 North 8th St., Room 916
Richmond, VA 23240
(804) 916-3501

**WASHINGTON**
**Seattle Office**
Taxpayer Advocate
915 2nd Ave., Stop W-405
Seattle, WA 98174
(206) 220-6037

**WEST VIRGINIA**
**Parkersburg Office**
Taxpayer Advocate
425 Juliana St.
Parkersburg, WV 26101
(304) 420-6616

**WISCONSIN**
**Milwaukee Office**
Taxpayer Advocate
310 West Wisconsin Ave.
Stop 1005-MIL
Milwaukee, WI 53203
(414) 297-3046

**WYOMING**
**Cheyenne Office**
Taxpayer Advocate
5353 Yellowstone Rd.
Stop 1005-CHE
Cheyenne, WY 82009
(307) 633-0800

**TAXPAYERS LIVING ABROAD OR IN U.S. TERRITORIES**
**A/C International**
Taxpayer Advocate
7 Tabonuco Street
San Patricio Office Building
Room 200
Guaynabo, Puerto Rico 00966
or
P.O. Box 193479
San Juan, Puerto Rico 00919-3479
(787) 622-8930 English
(787) 622-8940 Spanish

**CENTERS**
**Andover Center**
Taxpayer Advocate
P.O. Box 9055, Stop 121
Andover, MA 01810-9055
(978) 474-5549

**Atlanta Center**
Taxpayer Advocate
P.O. Box 48-549, Stop 29A
Doraville, GA 30362
(770) 936-4500

**Austin Center**
Taxpayer Advocate
P.O. Box 934, Stop 1005-AUSC
Austin, TX 78767
(512) 460-8300

**Brookhaven Center**
Taxpayer Advocate
P.O. Box 960, Stop 102
Holtsville, NY 11742
(631) 654-6686

**Cincinnati Center**
Taxpayer Advocate
P.O. Box 1235, Stop 11-G
Cincinnati, OH 45201-1235
(859) 669-5316

**Fresno Center**
Taxpayer Advocate
P.O. Box 12161, Stop 1394
Fresno, CA 93776
(559) 442-6400

**Kansas City Center**
Taxpayer Advocate
P.O. Box 24551
Stop 1005 - ROE
Kansas City, MO 64131
(816) 926-2493

**Memphis Center**
Taxpayer Advocate
P.O. Box 30309AMF, Stop 13M
Memphis, TN 38130
(901) 395-1900

**Ogden Center**
Taxpayer Advocate
P.O. Box 1640
Stop 1005
Ogden, UT 84402
(801) 620-7168

**Philadelphia Center**
Taxpayer Advocate
P.O. Box 16053, DP #1300
Philadelphia, PA 19114
(215) 516-2499

Name of Taxpayer: Angela R. & David M. Huntsman 03/05/2003
Identification Number: 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 Total 3.20.00

## 1999 - FORM 6251 - ALTERNATIVE MINIMUM TAX COMPUTATION

| | |
|---|---|
| 1. Total Adjustments and Preferences | 12,350.00 |
| 2. Tax Table Income (from Form 1040, line 37) | 166,373.00 |
| 3. Net Operating Loss Deduction | 0.00 |
| 4. Itemized Deduction Limitation (from Schedule A Worksheet) | ($2,887.00) |
| 5. Combine lines 1 through 4 | 175,836.00 |
| 6. Alternative Tax Net Operating Loss Deduction | 0.00 |
| 7. Alternative Minimum Taxable Income | 175,836.00 |
| 8. Exemption Amount | 38,541.00 |
| 9. Subtract line 8 from line 7 (if 0 or less, enter 0) | 137,295.00 |
| 10. If line 9 is $175,000 or less ($87,500 or less if married filing separate) multiply line 9 by 26% | 35,676.00 |
| 11. Alternative Minimum Tax Foreign Tax Credit | 0.00 |
| 12. Tentative Minimum Tax (Subtract 11 form 10) | 35,676.00 |
| 13. Regular Tax Before Credits (less Foreign Tax Credit) | 41,769.00 |
| 14. Alternative Minimum Tax (before credit) | 0.00 |
| 15. Empowerment Zone Employment Credit | 0.00 |
| 16. Net Alternative Minimum Tax (line 14 less line 15) | 0.00 |

## EXEMPTION WORKSHEET (Line 8)

| | |
|---|---|
| A. Exemption amount based on filing status | 45,000.00 |
| B. Alternative Minimum Taxable Income (line 7) | 175,836.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separate) | 150,000.00 |
| D. Subtract line C from line B | 25,836.00 |
| E. Multiply line D by 25% | 6,459.00 |
| F. Subtract line E from line A (if zero or less, enter 0) | 38,541.00 |

Name of Taxpayer: Angela R. & David M. Huntsman 03/05/2003
Identification Number: 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 Total 3.20.00

1999 - FORM 6251 - CONTINUATION, USING MAXIMUM CAPITAL GAINS RATES
COMPUTATION OF LINE 10 WHEN SCHEDULE D IS COMPLETED

| | |
|---|---|
| 1. Amount from Form 6251 Report, line 9 | 137,295.00 |
| 2. Amount from Schedule D Report, line 22 (refigured for AMT) | -340.00 |
| 3. Amount from Schedule D Report, line 20 (refigured for AMT) | 0.00 |
| 4. Add line 2 and 3 | 340.00 |
| 5. Amount from Schedule D Report, line 17 (refigured for AMT) | 340.00 |
| 6. Smaller of line 4 or line 5 | 340.00 |
| 7. Subtract line 6 from line 1 | 136,955.00 |
| 8. If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from result | 35,608.00 |
| 9. Amount from Schedule D Report, line 31 | 0.00 |
| 10. Smallest of line 1, 2, or line 9 | 0.00 |
| 11. Multiply line 10 by 10% | 0.00 |
| 12. Smaller of line 1 or line 2 | 340.00 |
| 13. Amount from line 10 | 0.00 |
| 14. Subtract line 13 from line 12 (not less than 0) | 340.00 |
| 15. Multiply line 14 by 20% | 68.00 |
| 16. Amount from line 1 | 137,295.00 |
| 17. Add lines 7, 10, and 14 | 137,295.00 |
| 18. Subtract line 17 from line 16 | 0.00 |
| 19. Multiply line 18 by 25% | 0.00 |
| 20. Add lines 8, 11, 15, and 19 | 35,676.00 |
| 21. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%. Otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) from result | 35,697.00 |
| 22. Smaller of line 20 or 21, enter here and on line 10 of Form 6251 Report | 35,676.00 |

Name of Taxpayer: Angela R. & David M. Huntsman 03/05/2003
Identification Number: 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 Total 3.20.00

## SUMMARY OF THE ACCURACY-RELATED PENALTY

1999 - 20% PENALTY ISSUES - Section 6662(a) and 6662(b)

It has been determined that the underpayment of tax shown on line 5 below is attributable to one or more of the following elements of the accuracy-related penalty: (1) negligence or disregard of rules or regulations, (2) substantial understatement of income tax, or (3) substantial valuation overstatement, therefore, an addition to tax is imposed as provided by Section 6662(a) of the Internal Revenue Code.

| | |
|---|---|
| 1. Total tax computed with non-penalty adjustments and adjustments subject to penalty under Section 6662(b) | 19,289.00 |
| 2. Total tax computed with non-penalty adjustments only | 0.00 |
| 3. Line 1 less line 2 - Underpayment to which Section 6662(a) applies | 19,289.00 |
| 4. Allocable Prepayment Credits (other than EIC and Special Fuels Credits included in lines 1 & 2) | 0.00 |
| 5. Line 3 less line 4 - Underpayment subject to penalty | 19,289.00 |
| 6. Applicable penalty rate | 20.00% |
| 7. Line 5 multiplied by line 6 | 3,857.80 |
| 8. Previously assessed 20% Accuracy Penalty | 0.00 |
| 9. Line 7 less line 8 - 20% Accuracy-related penalty | 3,857.80 |

1999 - 40% PENALTY ISSUES - Section 6662(h)

It has been determined that the underpayment of tax shown on line 14 below is attributable to a gross valuation misstatement, therefore, an addition to tax is imposed as provided by Section 6662(h) of the Internal Revenue Code.

| | |
|---|---|
| 10. Total tax computed with non-penalty adjustments, adjustments subject to penalty under IRC 6662(a) and adjustments subject to penalty under IRC 6662(h) | 0.00 |
| 11. Total tax from line 1 above | 19,289.00 |
| 12. Line 10 less line 11 - Underpayment to which Section 6662(h) applies | 0.00 |
| 13. Allocable Prepayment Credits (other than EIC and Special Fuels Credits included in lines 10 & 11) | 0.00 |
| 14. Line 10 less line 11 - Underpayment subject to penalty | 0.00 |
| 15. Applicable penalty rate | 0.00% |
| 16. Line 14 multiplied by line 15 | 0.00 |
| 17. Previously assessed 40% Accuracy Penalty | 0.00 |
| 18. Line 16 less line 17 - 40% Accuracy-related penalty | 0.00 |
| 19. Line 9 plus line 18 - Total ACCURACY-RELATED PENALTY | 3,857.80 |

| | | | |
|---|---|---|---|
| Name Of Taxpayer: | Angela R. & David M. Huntsman | | 03/05/2003 |
| Identification Number: | 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 | Total | 3.20.00 |

## 1999 - PERSONAL EXEMPTION WORKSHEET

| | |
|---|---|
| 1. Multiply $ 2,750.00 by the total number of exemptions claimed on Form 1040, line 6e | 5,500.00 |
| 2. Adjusted Gross Income | 222,829.00 |
| 3. Limitation based on Filing Status | 189,950.00 |
| 4. Subtract line 3 from line 2 | 32,879.00 |
| 5. Divide line 4 by $2,500 ($1,250 if married filing separate) | 14.00 |
| 6. Multiply line 5 by 2% and enter the result as a decimal | 0.28 |
| 7. Multiply line 1 by line 6 | 1,540.00 |
| 8. Deduction for exemptions (Subtract line 7 from line 1) | 3,960.00 |

Note: If Line 4 is more than $122,500. or ($61,250. if married filling separately), a deduction for exemptions cannot be taken.

Name of Taxpayer: Angela R. & David M. Huntsman 03/05/2003
Identification Number: 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 Total 3.20.00

## HOW TO PAY YOUR TAXES

If you agree with our examination, pay now by sending a check or money order and your signed agreement. The enclosed report does not reflect any balance currently due on your account.

Why it is to your advantage to pay now:

- Decreases future interest charges
- Prevents assessment of failure to pay penalty
- Reduces payment of nondeductible interest
- Eliminates further contact with us

If you agree with our examination and cannot pay now:

1) Can you pay the full amount within 120 days? [ ] Yes [ ] No
   - If yes, send in the signed agreement now and submit the balance due when you receive a bill.
   - If no, you may be eligible for a payment plan.

2) If you would like us to consider an installment agreement, submit your written request or check the box below and return this flyer with your signed agreement.

   [ ] I would like to pay $ ______________ per month.

   (We encourage you to make your payments as large as possible to limit penalty and interest charges.)

   I would like my payment to be due on the ________ of the month.

   (Please indicate a date between the 1st and 28th of the month.)

   You will be charged a $43 fee if your request is approved. DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

   Please provide a telephone number where we can contact you regarding your request.

   Home: ( ) ______________________

   Work: ( ) ______________________

ALSO, if you agree with our examination, PLEASE SIGN PAGE 2 OF THE REPORT (Form 4549) and return pages 1 and 2 to us.

* Interest and applicable penalties will continue to accrue until your balance is paid in full.

Name Of Taxpayer: Angela R. & David M. Huntsman
Identification Number: 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 Total

03/05/2003
3.20.00

## 1999 - SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 384.00 | 384.00 | 0.00 |
| 2. 7.50% of Adjusted Gross Income | 11,924.00 | 16,712.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 15,173.00 | 15,173.00 | 0.00 |
| 5. Home Interest Expense | 36,022.00 | 42,900.00 | (6,878.00) |
| 6. Investment Interest | 0.00 | 0.00 | 0.00 |
| 7. Other Interest Expense | 0.00 | 0.00 | 0.00 |
| 8. Total Interest Expense | 36,022.00 | 42,900.00 | (6,878.00) |
| 9. Contributions | 1,270.00 | 1,270.00 | 0.00 |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Moving Expenses | 0.00 | 0.00 | 0.00 |
| 12. Miscellaneous deductions subject to AGI limit | 2,211.00 | 4,065.00 | (1,854.00) |
| 13. 2.00% of Adjusted Gross Income | 3,180.00 | 4,457.00 | |
| 14. Excess Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 15. Other Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 16. Total itemized deductions (Sum of Lines 3,4,8, 9,10,11,14, and 15 less any applicable limitation) | 51,493.00 | 56,456.00 | (4,963.00) |

## ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | |
|---|---|
| A. Total of lines 3, 4, 8, 9, 10, 11, 14, and 15 | 59,343.00 |
| B. Total of lines 3, 6, 10, (plus any gambling losses included on line 15) | 0.00 |
| C. Line A less Line B | 59,343.00 |
| D. Multiply the amount on line C by 80% | 47,474.00 |
| E. Adjusted Gross Income from Form 1040 | 222,829.00 |
| F. Itemized Deduction Limitation | 126,600.00 |
| G. Line E less Line F | 96,229.00 |
| H. Multiply the amount on Line G by 3% | 2,887.00 |
| I. Enter the smaller of Line D or Line H | 2,887.00 |
| J. Total Itemized Deductions (entered on line 16 above) | 56,456.00 |

| | | | |
|---|---|---|---|
| Name of Taxpayer: | Angela R. & David M. Huntsman | | 03/05/2003 |
| Identification Number: | 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 | Total | 3.20.00 |

## 1999 - SCHEDULE D - CAPITAL GAINS AND LOSSES

| | |
|---|---|
| 1. Short-term capital gain or loss | 9.00 |
| 2. Short-term capital loss carryover | 0.00 |
| 3. Net Short-term Gain or Loss (Add line 1 and 2) | 9.00 |
| 4. Long-term capital gain or loss | 38,680.00 |
| 5. Long-term capital gain or loss carryover | 0.00 |
| 6. Net long-term Gain or Loss (Add line 4 and 5) | 38,680.00 |
| 7. Sum of lines 3 and 6 - Net Capital Gain or Loss | 38,689.00 |
| 8. Capital loss limitation | 0.00 |
| 9. Capital Gain or Loss - As Corrected | 38,689.00 |
| 10. Capital Gain or Loss - Per Return | 349.00 |
| 11. Line 9 less line 10 - Adjustment to Income | 38,340.00 |
| **CORRECTED CARRYOVER** | |
| 12. Short-term Carryover to Subsequent Year | 0.00 |
| 13. Long-term Carryover to Subsequent Year | 0.00 |
| **COMPUTATION OF ALTERNATE TAX** | |
| 14. Taxable Income | 162,413.00 |
| 15. Smaller of line 6 or line 7 | 38,680.00 |
| 16. Form 4952, line 4e | 38,340.00 |
| 17. Subtract line 16 from line 15 | 340.00 |
| 18. Combine line 3 and Total 28% Rate Gain (not less than 0) | 9.00 |
| 19. Smaller of line 18 and Total 28% Rate Gain | 0.00 |
| 20. Unrecaptured Section 1250 Gain | 0.00 |
| 21. Add line 19 and 20 | 0.00 |
| 22. Subtract line 21 from line 17 (not less than 0) | 340.00 |
| 23. Subtract line 22 from line 14 (not less than 0) | 162,073.00 |
| 24. Smaller of line 14 or 43,050.00 | 43,050.00 |
| 25. Smaller of line 23 or line 24 | 43,050.00 |
| 26. Subtract line 17 from line 14 (not less than 0) | 162,073.00 |
| 27. Larger of line 25 or line 26 | 162,073.00 |
| 28. Tax on amount on line 27 | 41,701.00 |
| 29. Amount from line 24 | 43,050.00 |
| 30. Amount from line 23 | 162,073.00 |
| 31. Subtract line 30 from line 29 (not less than 0) | 0.00 |
| 32. Multiply line 31 by 10% | 0.00 |
| 33. Smaller of line 14 or line 22 | 340.00 |
| 34. Amount from line 31 | 0.00 |
| 35. Subtract line 34 from line 33 (not less than 0) | 340.00 |
| 36. Multiply line 35 by 20% | 68.00 |
| 37. Smaller of line 17 or line 20 | 0.00 |
| 38. Add lines 17 and 27 | 162,413.00 |
| 39. Amount from line 14 | 162,413.00 |
| 40. Subtract line 39 from line 38 | 0.00 |
| 41. Subtract line 40 from line 37 | 0.00 |
| 42. Multiply line 41 by 25% | 0.00 |
| 43. Amount from line 14 | 162,413.00 |
| 44. Add lines 27, 31, 35, and 41 | 162,413.00 |
| 45. Subtract line 44 from line 43 | 0.00 |
| 46. Multiply line 45 by 28% | 0.00 |
| 47. Add lines 28, 32, 36, 42, and 46 - Alternative Tax | 41,769.00 |

| | | | |
|---|---|---|---|
| Name of Taxpayer: | Angela R. & David M. Huntsman | | 03/05/2003 |
| Identification Number: | 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 | Total | 3.20.00 |

## 1999 - SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

Primary

| Angela R. Huntsman | 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 |
|---|---|
| 1. Self-employment income | 166,806.00 |
| 2. Multiply line 1 by 92.35% | 154,045.34 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 154,045.34 |
| 6. Maximum earnings subject to social security | 72,600.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 72,600.00 |
| 11. Multiply the smaller of line 5 or 10 by 12.40% | 9,002.40 |
| 12. Multiply line 5 by 2.90% | 4,467.31 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 13,469.71 |

Secondary

| David M. Huntsman | 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 |
|---|---|
| 1. Self-employment income | 0.00 |
| 2. Multiply line 1 by 92.35% | 0.00 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 0.00 |
| 6. Maximum earnings subject to social security | 72,600.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 0.00 |
| 11. Multiply the smaller of line 5 or 10 by 12.40% | 0.00 |
| 12. Multiply line 5 by 2.90% | 0.00 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 0.00 |

Name Of Taxpayer: Angela R. & David M. Huntsman
Identification Number: 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

Total 03/05/2003
3.20.00

1999 **TAX YEAR INTEREST COMPUTATION**

| | | |
|---|---|---|
| Interest computed to | | 04/04/2003 |
| Total Tax Deficiency | | $19,289.00 |
| Plus Penalties* | | |
| -Overvaluation | $.00 | |
| -Substantial Understatement | $.00 | |
| -Failure to File | $.00 | |
| -Negligence | $.00 | |
| -Civil Fraud | $.00 | |
| -Accuracy Penalties | $3,857.80 | |
| Total Penalties | | $3,857.80 |
| Tax Deficiency and Penalties Subject to Interest | | $23,146.80 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| COMPOUND | 04/15/2000--12/31/2000 | 260 | 9% | $1,482.46 |
| COMPOUND | 01/01/2001--03/31/2001 | 90 | 9% | $552.61 |
| COMPOUND | 04/01/2001--06/30/2001 | 91 | 8% | $507.24 |
| COMPOUND | 07/01/2001--12/31/2001 | 184 | 7% | $922.60 |
| COMPOUND | 01/01/2002--09/30/2002 | 273 | 6% | $1,221.35 |
| COMPOUND | 10/01/2002--12/31/2002 | 92 | 5% | $352.97 |
| COMPOUND | 01/01/2003--04/04/2003 | 94 | 5% | $365.27 |

| | |
|---|---|
| Total Interest | $5,404.50 |
| Total Underpayment | $19,289.00 |
| Total Penalties | $3,857.80 |
| Total Amount Due | $28,551.30 |

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for negligence and fraud) and is computed from the due date of the return unless a valid extension was filed.
Extension date:8/15/00

| Form 886-A (Rev. January 1994)886-A | EXPLANATION OF ITEMS | Schedule number or exhibit |
|---|---|---|
| Name of Taxpayer: Angela R. & David M. Huntsman | Taxpayer Identification Number: 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 | Year/Period Ended: 1999 |

**Sch C1 - Gross Receipts or Sales**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 1999 | $179,972.00 | $193,373.00 | $13,401.00 |

In the absence of adequate records, your taxable income for the taxable year(s) shown above has been computed by reference to bank deposits and cash payments, plus personal and other nondeductible expenditures if any. Thus, it is determined you had additional gross business income for the taxable year(s). Accordingly, your taxable income is increased in the amount(s) shown above.

**Sch D-L T Gain/Loss**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 1999 | $349.00 | $38,689.00 | $38,340.00 |

We have adjusted your net gain (or loss) from the sale or exchange of assets, as shown in the accompanying computation.

**Sch E1 - Other Expenses**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 1999 | $8,185.00 | $6,340.00 | $1,845.00 |

Since you did not prove that the amount shown was (a) rental expense, and (b) paid, the amount is not deductible.

We disallowed this expense as a deduction from gross income in arriving at adjusted gross income. It was allowed as an itemized deduction on Schedule A.

**Sch E1 - Mortgage Interest**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 1999 | $10,943.00 | $4,065.00 | $6,878.00 |

You did not establish that the residence was available for rent and not rented while available for sale. We have allowed the amount verified as a deduction on Schedule A as a second residence.

| Form 886-A (Rev. January 1994)886-A | EXPLANATION OF ITEMS | Schedule number or exhibit |
|---|---|---|
| Name of Taxpayer<br>Angela R. & David M. Huntsman | Taxpayer Identification Number<br>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 | Year/Period Ended<br>1999 |

**Sch C1 - Travel**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 1999 | $10,498.00 | $6,896.00 | $3,602.00 |

We have adjusted your travel or transportation deduction as shown.

The deduction has been adjusted to the amount verified.

**Sch A Interest Expense**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 1999 | $36,022.00 | $42,900.00 | ($6,878.00) |

You are allowed an additional deduction for interest expense.

**Other Expenses Subject to 2% AGI Limitation**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 1999 | $2,211.00 | $4,065.00 | ($1,854.00) |

We disallowed this expense as a deduction from gross income in arriving at adjusted gross income. It was allowed as an itemized deduction on Schedule A.

**SE AGI Adjustment**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 1999 | $6,507.00 | $6,735.00 | ($228.00) |

Your self-employment tax has changed as a result of adjustments made to your net income from self-employment as shown in this report. The self-employment tax deduction has been adjusted to one-half of the recomputed amount.