FORM **1040X** (Rev. November 1999)

Department of the Treasury – Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

**This return is for calendar year ▶** 1999 **, OR fiscal year ended ▶**

PLEASE PRINT OR TYPE

| | |
|---|---|
| Your first name and initial / Last name: ANGELA R. HUNTSMAN | Your social security number: 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 |
| If a joint return, spouse's first name and initial / Last name: DAVID M. HUNTSMAN | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home / Apt. no.: 10 WARNE TERRACE #19 | Telephone number (optional): 310-207-8776 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.: CALOUNDRA, QUEENSLAND 4551 AUSTRALIA | **For Paperwork Reduction Act Notice, see page 6.** |

**A** If the name or address shown above is different from that shown on the original return, check here ▶ ☒

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

**C** Filing status. Be sure to complete this line. **Note:** You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

**USE PART II ON BACK TO EXPLAIN ANY CHANGES**

| Income and Deductions (pages 2–5) | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change – amount of increase or (decrease) – explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 222,829 | -63,838 | 158,991 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 56,456 | -4,963 | 51,493 |
| 3 Subtract line 2 from line 1 | 3 | 166,373 | -58,875 | 107,498 |
| 4 Exemptions. If changing, fill in Parts I and II on back | 4 | 3,960 | 1,540 | 5,500 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 162,413 | -60,415 | 101,998 |
| **TAX LIABILITY** | | | | |
| 6 Tax (see page 4). Method used in col. C SCHEDULE D | 6 | 41,769 | -18,833 | 22,936 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 41,769 | -18,833 | 22,936 |
| 9 Other taxes (see page 4) | 9 | 13,470 | -456 | 13,014 |
| 10 Total tax. Add lines 8 and 9 | 10 | 55,239 | -19,289 | 35,950 |
| **PAYMENTS** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | | | |
| 12 Estimated tax payments, including amt applied from prior year's return | 12 | 35,950 | 9,650 | 45,600 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 19,289 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 64,889 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 9,650 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 55,239 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 19,289 |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | | | 19,289 |
| 24 Amount of line 22 you want **APPLIED TO YOUR ESTIMATED TAX** | 24 | | | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature ____ Date ____ ▶ Spouse's signature. If a joint return, BOTH must sign. ____ Date ____

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ BRENT W. MEYER | Date | Check if self-employed ☐ | Preparer's SSN or PTIN: 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 |
| Firm's name (or yours if self-employed) and address ▶ PHYSICIANS ACCOUNTING MGMT. 17530 VENTURA BLVD., STE. 201 ENCINO, CA | | | EIN: |
| | | | ZIP code: 91316 |

Form **1040X** (Rev. 11-99)

KFA

Exhibit "B"

## Part I Exemptions. See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25–31.
If claiming **fewer exemptions,** complete lines 25–30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse | 25 | 2 | | 2 |
| | **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | | |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce/separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | 2 | | 2 |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | 3,960 | 1,540 | 5,500 |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 1999 | $2,750 | $94,975 |
| 1998 | 2,700 | 93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note:** For tax years after 1997, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.

| (a) First Name Last Name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) check if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- **did not** live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

## Part II Explanation of Changes to Income, Deductions, and Credits

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here ▶ ☐

THE TAXPAYERS ARE FILING THIS AMENDED TAX RETURN TO ACCOUNT FOR ADJUSTMENTS MADE DURING AUDIT WHICH THEY DISPUTE. WE RESPECTFULLY REQUEST ACCEPTANCE OF THIS AMENDED RETURN AS FILED, REFUND OF ADDITIONAL TAXES PAID IN AMOUNT OF $19,289 AND ABATEMENT OF RELATED PENALTIES AND INTEREST.

## Part III Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 go to the fund but now want to, check here ▶ ☐
If a joint return and your spouse did not previously want $3 go to the fund but now wants to, check here ▶ ☐

FORM **1040** Department of the Treasury – Internal Revenue Service
# U.S. Individual Income Tax Return 1999
(99) IRS Use Only – Do not write or staple in this space.

For the year Jan. 1 – Dec. 31, 1999, or other tax year beginning , 1999, ending , OMB No. 1545-0074

**Label** (See instructions on page 18.) **Use the IRS label.** Otherwise, please print or type.

LABEL HERE

| | |
|---|---|
| Your first name and initial / Last name: ANGELA R. HUNTSMAN | Your social security number: 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 |
| If a joint return, spouse's first name and initial / Last name: DAVID M. HUNTSMAN | Spouse's social security number: 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 |
| Home address (number and street). If you have a P.O. box, see page 18. Apt. no.: 10 WARNE TERRACE #19 | ▲ IMPORTANT! ▲ You **must** enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 18.: CALOUNDRA, QUEENSLAND 4551 AUSTRALIA | |

**Presidential Election Campaign** (See page 18.)

| | Yes | No | |
|---|---|---|---|
| Do you want $3 to go to this fund? | | X | **Note:** Checking "Yes" will not change your tax or reduce your refund. |
| If a joint return, does your spouse want $3 to go to this fund? | | X | |

**Filing Status**

Check only one box.

| | | |
|---|---|---|
| 1 | ☐ | Single |
| 2 | X | Married filing joint return (even if only one had income) |
| 3 | ☐ | Married filing separate return. Enter spouse's soc. sec. no. above & full name here ▶ |
| 4 | ☐ | Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here ▶ |
| 5 | ☐ | Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.) |

**Exemptions**

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.

b ☒ **Spouse**

No. of boxes checked on 6a and 6b: 2

c **Dependents:**

| (1) First Name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 19.

No. of your children on 6c who:
- lived with you
- did not live with you due to divorce or separation (see page 19)

Dependents on 6c not entered above

d Total number of exemptions claimed. Add numbers entered on lines above ▶ 2

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not attach any payment. Also, please use Form 1040-V.

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 7 | 45,229 |
| 8a | **Taxable** interest. Attach Schedule B if required | | 8a | 201 |
| b | **Tax-exempt** interest. DO NOT include on line 8a | 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | | 9 | 11 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | | 10 | 2,823 |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | 12 | 149,803 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | 13 | 349 |
| 14 | Other gains or (losses). Attach Form 4797 | | 14 | |
| 15a | Total IRA distributions 15a | b Taxable amount (see pg. 22) | 15b | |
| 16a | Total pensions and annuities 16a | b Taxable amount (see pg. 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | -3,683 |
| 18 | Farm income or (loss). Attach Schedule F | | 18 | |
| 19 | Unemployment compensation | | 19 | |
| 20a | Social security benefits 20a | b Taxable amount (see pg. 24) | 20b | |
| 21 | Other income. | | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | | 22 | 194,733 |

**Adjusted Gross Income**

| Line | Description | Line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 23 | IRA deduction (see page 26) | 23 | | | |
| 24 | Student loan interest deduction (see page 26) | 24 | | | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 6,507 | | |
| 28 | Self-employed health insurance deduction (see page 28) | 28 | 576 | | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | 28,659 | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid. b Recipient's SSN ▶ | 31a | | | |
| 32 | Add lines 23 through 31a | | | 32 | 35,742 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | | | 33 | 158,991 |

## Tax and Credits

Standard Deduction for Most People — Single: $4,300; Head of household: $6,350; Married filing jointly or Qualifying widow(er): $7,200; Married filing separately $3,600.

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | | | 34 | 158,991 |
| 35 | a Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | | | |
| | b If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 30 and check here ▶ 35b ☐ | | | | |
| 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see page 30 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | | | 36 | 51,493 |
| 37 | Subtract line 36 from line 34 | | | 37 | 107,498 |
| 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter | | | 38 | 5,500 |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | | 39 | 101,998 |
| 40 | **Tax** (see page 31). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | | | 40 | 22,936 |
| 41 | Credit for child and dependent care expenses. Att. Form 2441 | 41 | | | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | | | |
| 43 | Child tax credit (see page 33) | 43 | | | |
| 44 | Education credits. Attach Form 8863 | 44 | | | |
| 45 | Adoption credit. Attach Form 8839 | 45 | | | |
| 46 | Foreign tax credit. Attach Form 1116 if required | 46 | | | |
| 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 47 | | | |
| 48 | Add lines 41 through 47. These are your **total credits** | | | 48 | |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | | | 49 | 22,936 |

## Other Taxes

| Line | Description | Line | Amount |
|---|---|---|---|
| 50 | Self-employment tax. Att. Sch. SE | 50 | 13,014 |
| 51 | Alternative minimum tax. Attach Form 6251 | 51 | |
| 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| 54 | Advance earned income credit payments from Form(s) W-2 | 54 | |
| 55 | Household employment taxes. Attach Schedule H | 55 | |
| 56 | Add lines 49 through 55. This is your **total tax** ▶ | 56 | 35,950 |

## Payments

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | | | |
| 58 | 1999 estimated tax payments and amount applied from 1998 return | 58 | 45,600 | | |
| 59 | a **Earned income credit.** Att. Sch. EIC if you have a qualifying child. b Nontaxable earned income: amt. ▶ and type ▶ NO | 59a | | | |
| 60 | Additional child tax credit. Attach Form 8812 | 60 | | | |
| 61 | Amount paid with request for extension to file (see page 48) | 61 | | | |
| 62 | Excess social security and RRTA tax withheld (see page 48) | 62 | | | |
| 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 63 | | | |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | | | 64 | 45,600 |

## Refund

Have it directly deposited! See page 48 and fill in 66b, 66c, and 66d.

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | | | 65 | 9,650 |
| 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | | | 66a | 9,650 |
| | b Routing number ▶ c Type: ☐ Checking ☐ Savings | | | | |
| | d Account number | | | | |
| 67 | Amount of line 65 you want **APPLIED TO 2000 ESTIMATED TAX** ▶ | 67 | | | |

## Amount You Owe

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE.** For details on how to pay, see page 49 ▶ | | | 68 | |
| 69 | Estimated tax penalty. Also include on line 68 | 69 | | | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 18. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime telephone number (optional) |
|---|---|---|---|
| | | PSYCHOLOGIST | |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | |
| | | ATTORNEY | 310-207-8776 |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature ▶ BRENT W. MEYER | Date | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
| Firm's name (or yours if self-employed) and address ▶ | PHYSICIANS ACCOUNTING MGMT. | | EIN |
| | 17530 VENTURA BLVD., STE. 201 | | ZIP code |
| | ENCINO, CA | | 91316 |

**SCHEDULES A&B (Form 1040)** Department of the Treasury Internal Revenue Service (99)

# Schedule A – Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074 **1999** Attachment Sequence No. **07**

Name(s) shown on Form 1040: ANGELA R. AND DAVID M. HUNTSMAN

Your social security number: 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

| Section | Line | Description | Box | Amount | Line | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution:** Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) .STATEMENT.....2 | 1 | 384 | | |
| | 2 | Enter amount from Form 1040, line 34 .... 2: 158,991 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 11,924 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| **Taxes You Paid** | 5 | State and local income taxes | 5 | 10,659 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 3,885 | | |
| | 7 | Personal property taxes | 7 | 629 | | |
| (See page A-2.) | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 15,173 |
| **Interest You Paid** | 10 | Home mortgage interest and points reported on Form 1098 .STM...3 | 10 | 36,022 | | |
| (See page A-3.) | 11 | Home mortgage interest not reported on Form 1098. If paid to the person from whom you bought the home, see page A-3 & show that person's name, ID no. & address ▶ | 11 | | | |
| Note: Personal interest is not deductible. | 12 | Points not reported on Form 1098. See page A-3 | 12 | | | |
| | 13 | Investment interest. Attach Form 4952, if required. (See page A-4) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | 36,022 |
| **Gifts to Charity** | 15 | Gifts by cash or check. If any gift of $250 or more, see pg. A-4. ST...4 | 15 | 220 | | |
| If you made a gift and got a benefit for it, see page A-5. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **MUST** attach Form 8283 if over $500 | 16 | 1,050 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 1,270 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | 0 |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses – job travel, union dues, job education, etc. You **MUST** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ FORM 2106 (SPOUSE) 1,945 | 20 | 1,945 | | |
| | 21 | Tax preparation fees | 21 | 216 | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses – investment, safe deposit box, etc. List type and amount ▶ SAFE DEPOSIT BOX RENTAL 50 | 22 | 50 | | |
| | 23 | Add lines 20 through 22 | 23 | 2,211 | | |
| | 24 | Enter amount from Form 1040, line 34 .... 24: 158,991 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 3,180 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 | Other – from list on page A-6. List type and amount ▶ | | | 27 | 0 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? ☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☒ **Yes.** Your deduction may be limited. See page A-6 for the amount to enter. | | REDUCTION -972 | 28 | 51,493 |

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.

ANGELA R. AND DAVID M. HUNTSMAN

Your social security number: 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

# Schedule B – Interest and Ordinary Dividends

Attachment Sequence No. 08

## Part I Interest

(See page B-1 and the instructions for Form 1040, line 8a.)

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

**Note:** If you had over $400 in taxable interest, you must also complete Part III.

| | | | Amount |
|---|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | | |
| | BANK OF AMERICA | 1 | 201 |
| 2 | Add the amounts on line 1 | 2 | 201 |
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **MUST** attach Form 8815 | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 201 |

## Part II Ordinary Dividends

(See page B-1 and the instructions for Form 1040, line 9.)

Note: If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

**Note:** If you had over $400 in ordinary dividends, you must also complete Part III.

| | | | Amount |
|---|---|---|---|
| 5 | List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13. ▶ | | |
| | DEAN WITTER ACTIVE ASSETS | 5 | 4 |
| | E TRADE SECURITIES | | 2 |
| | GENERAL ELECTRIC COMPANY | | 2 |
| | PHILIP MORRIS COMPANIES | | 2 |
| | THE COCA-COLA COMPANY | | 1 |
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ▶ | 6 | 11 |

## Part III Foreign Accounts and Trusts

(See page B-2.)

You must complete this part if you **(a)** had over $400 of interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| 7a | At any time during 1999, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b | If "Yes," enter the name of foreign country ▶ | | |
| 8 | During 1999, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

**SCHEDULE C (Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
## (Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**1999**
Attachment Sequence No. 09

Name of proprietor: ANGELA R. HUNTSMAN
Social security number (SSN): 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

A Principal business or profession, including product or service (see page C-1): PSYCHOLOGIST
B Enter code from pages C-8 & 9 ▶ 621330

C Business name. If no separate business name, leave blank.
D Employer ID number (EIN), if any

E Business address (including suite or room no.) ▶ 153 S. LASKY DRIVE
City, town or post office, state, and ZIP code BEVERLY HILLS, CA 90210

F Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

G Did you "materially participate" in the operation of this business during 1999? If "No," see page C-2 for limit on losses ☒ Yes ☐ No

H If you started or acquired this business during 1999, check here ▶ ☐

## Part I Income

| | | |
|---|---|---|
| 1 Gross receipts or sales. Caution: If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ ☐ | 1 | |
| 2 Returns and allowances | 2 | |
| 3 Subtract line 2 from line 1 | 3 | |
| 4 Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 **Gross profit.** Subtract line 4 from line 3 | 5 | |
| 6 Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) STATEMENT 5 | 6 | 179,972 |
| 7 **Gross income.** Add lines 5 and 6 ▶ | 7 | 179,972 |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 Advertising | 8 | | 19 Pension and profit-sharing plans | 19 | |
| 9 Bad debts from sales or services (see page C-3) | 9 | | 20 Rent or lease (see page C-4): | | |
| | | | a Vehicles, machinery & equipment | 20a | |
| 10 Car and truck expenses (see page C-3) | 10 | 2,869 | b Other business property | 20b | 1,584 |
| 11 Commissions and fees | 11 | | 21 Repairs and maintenance | 21 | |
| | | | 22 Supplies (not included in Part III) | 22 | 1,313 |
| 12 Depletion | 12 | | 23 Taxes and licenses | 23 | |
| 13 Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 | 2,228 | 24 Travel, meals, and entertainment: | | |
| | | | a Travel | 24a | 10,498 |
| | | | b Meals and entertainment 1,616 | | |
| 14 Employee benefit programs (other than on line 19) | 14 | | c Enter nondeductible amount included on line 24b (see page C-5) 808 | | |
| 15 Insurance (other than health) | 15 | 715 | | | |
| 16 Interest: | | | d Subtract line 24c from line 24b | 24d | 808 |
| a Mortgage (paid to banks, etc.) | 16a | | 25 Utilities | 25 | |
| b Other | 16b | | 26 Wages (less employment credits) | 26 | |
| 17 Legal and professional services | 17 | 217 | 27 Other expenses (from line 48 on page 2) | 27 | 9,937 |
| 18 Office expense | 18 | | | | |

| | | |
|---|---|---|
| 28 **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 30,169 |
| 29 Tentative profit (loss). Subtract line 28 from line 7 | 29 | 149,803 |
| 30 Expenses for business use of your home. Attach **Form 8829** | 30 | |
| 31 **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. • If a loss, you MUST go on to line 32. | 31 | 149,803 |

32 If you have a loss, check the box that describes your investment in this activity (see page C-6).
- If you checked 32a, enter the loss on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
- If you checked 32b, you MUST attach **Form 6198.**

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

## Part III Cost of Goods Sold (see page C-6)

33 Method(s) used to value closing inventory: a ☐ Cost b ☐ Lower of cost or market c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 Purchases less cost of items withdrawn for personal use | 36 | |
| 37 Cost of labor. Do not include any amounts paid to yourself. | 37 | |
| 38 Materials and supplies | 38 | |
| 39 Other costs | 39 | |
| 40 Add lines 35 through 39 | 40 | |
| 41 Inventory at end of year | 41 | |
| 42 **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

## Part IV Information on Your Vehicle.

Complete this part **ONLY** if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ ____________

44 Of the total number of miles you drove your vehicle during 1999, enter the number of miles you used your vehicle for:

a Business ____________ b Commuting ____________ c Other ____________

45 Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No

46 Was your vehicle available for use during off-duty hours? ☐ Yes ☐ No

47a Do you have evidence to support your deduction? ☐ Yes ☐ No

b If "Yes," is the evidence written? ☐ Yes ☐ No

## Part V Other Expenses.

List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| SEE STATEMENT 6 | |

48 **Total other expenses.** Enter here and on page 1, line 27 | 48 | 9,937

**SCHEDULE D (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No.1545-0074

**1999**

Attachment Sequence No. **12**

Name(s) shown on Form 1040: ANGELA R. AND DAVID M. HUNTSMAN

Your social security number: 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

## Part I Short-Term Capital Gains and Losses – Assets Held One Year or Less

| (a) Description of property (Example, 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5) | (e) Cost or other basis (see page D-5) | (f) GAIN or (LOSS) Subtract (e) from (d) |
|---|---|---|---|---|---|
| DIEBOLD, INC. | VARIOUS | 6/29/99 | 9 | | 9 |
| | | | | | |
| | | | | | |
| | | | | | |

| Line | Description | Line no. | (d) | (f) |
|---|---|---|---|---|
| 2 | Enter your short-term totals, if any, from Schedule D-1, line 2 | 2 | | |
| 3 | **Total short-term sales price amounts.** Add column (d) of lines 1 and 2 | 3 | 9 | |
| 4 | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | 4 | | |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 5 | | |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1998 Capital Loss Carryover Worksheet | 6 | | ( ) |
| 7 | **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) ▶ | 7 | | 9 |

## Part II Long-Term Capital Gains and Losses – Assets Held More Than One Year

| (a) Description of property (Example, 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5) | (e) Cost or other basis (see page D-5) | (f) GAIN or (LOSS) Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) * (see instr. below) |
|---|---|---|---|---|---|---|
| 733 SANTA LUCIA | 6/27/97 | 6/16/99 | 295,000 | 294,660 | 340 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Line | Description | Line no. | (d) | (f) | (g) |
|---|---|---|---|---|---|
| 9 | Enter your long-term totals, if any, from Schedule D-1, line 9 | 9 | | | |
| 10 | **Total long-term sales price amounts.** Add column (d) of lines 8 and 9 | 10 | 295,000 | | |
| 11 | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | 11 | | | |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | | | |
| 13 | Capital gain distributions. See page D-1 | 13 | | | |
| 14 | Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1998 Capital Loss Carryover Worksheet | 14 | | ( ) | ( ) |
| 15 | Combine lines 8 through 14 in column (g) | 15 | | | |
| 16 | **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) ▶ **Next:** Go to Part III on the back. | 16 | | 340 | |

* **28% Rate Gain or Loss** includes **all** "collectibles gains and losses" (as defined on page D-5) and up to 50% of the eligible gain on qualified small business stock (see page D-4).

**For Paperwork Reduction Act Notice, see Form 1040 instructions.** **Schedule D (Form 1040) 1999**

KFA

## Part III Summary of Parts I and II

| Line | Description | Box | Amount |
|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 | 17 | 349 |
| | **Next:** Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if: • Both lines 16 and 17 are gains, **and** • Form 1040, line 39, is more than zero. | | |
| 18 | If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses: • The loss on line 17; **or** • ($3,000) or, if married filing separately, ($1,500) | 18 | ( ) |
| | **Next:** Skip **Part IV** below. Instead, complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** on page D-6 if: • The loss on line 17 exceeds the loss on line 18, **or** • Form 1040, line 37, is a loss. | | |

## Part IV Tax Computation Using Maximum Capital Gains Rates

| Line | Description | Inner box | Inner amount | Box | Amount |
|---|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 | | | 19 | 101,998 |
| 20 | Enter the **smaller** of line 16 or line 17 of Schedule D | 20 | 340 | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 22 | 340 | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- | 23 | 9 | | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero | 24 | | | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 16 of the worksheet on page D-7 | 25 | | | |
| 26 | Add lines 24 and 25 | 26 | | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | | 27 | 340 |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | | 28 | 101,658 |
| 29 | Enter the **smaller** of: • The amount on line 19, **or** • $25,750 if single; $43,050 if married filing jointly or qualifying widow(er); $21,525 if married filing separately; or $34,550 if head of household | | | 29 | 43,050 |
| 30 | Enter the **smaller** of line 28 or line 29 | 30 | 43,050 | | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | 31 | 101,658 | | |
| 32 | Enter the **larger** of line 30 or line 31 ▶ | 32 | 101,658 | | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 33 | 22,868 |
| | **Note:** If line 29 is less than line 28, go to line 38. | | | | |
| 34 | Enter the amount from line 29 | 34 | | | |
| 35 | Enter the amount from line 28 | 35 | | | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- ▶ | 36 | | | |
| 37 | Multiply line 36 by 10% (.10) | | | 37 | |
| | **Note:** If line 27 is more than zero **and** equal to line 36, go to line 52. | | | | |
| 38 | Enter the **smaller** of line 19 or line 27 | 38 | 340 | | |
| 39 | Enter the amount from line 36 | 39 | | | |
| 40 | Subtract line 39 from line 38. ▶ | 40 | 340 | | |
| 41 | Multiply line 40 by 20% (.20) | | | 41 | 68 |
| | **Note:** If line 25 is zero or blank, skip lines 42 through 47 and read the note above line 48. | | | | |
| 42 | Enter the **smaller** of line 22 or line 25 | 42 | | | |
| 43 | Add lines 22 and 32 (43: ) | | | | |
| 44 | Enter the amount from line 19 (44: ) | | | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | 45 | | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- ▶ | 46 | | | |
| 47 | Multiply line 46 by 25% (.25) | | | 47 | |
| | **Note:** If line 24 is zero or blank, go to line 52. | | | | |
| 48 | Enter the amount from line 19 | 48 | | | |
| 49 | Add lines 32, 36, 40, and 46 | 49 | | | |
| 50 | Subtract line 49 from line 48 | 50 | | | |
| 51 | Multiply line 50 by 28% (.28) | | | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 | | | 52 | 22,936 |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 53 | 22,963 |
| 54 | **Tax on all taxable income including capital gains.** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 | | | 54 | 22,936 |

**SCHEDULE E (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Supplemental Income and Loss

**(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)**

**▶Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule E (Form 1040).**

OMB No. 1545-0074

**1999**

Attachment Sequence No. 13

Name(s) shown on return: ANGELA R. AND DAVID M. HUNTSMAN

Your social security number: 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

**Part I** **Income or Loss From Rental Real Estate and Royalties** **Note:** Report income and expenses from your business of renting personal property on **Schedule C** or **C-EZ** (see page E-1). Report farm rental income or loss from **Form 4835** on page 2, line 39.

1 Show the kind and location of each **rental real estate property:**

A RENTAL -LOS OSOS
733 SANTA LUCIA

B TEMPORARY RENTAL
2301 S. BEVERLY GLEN

C

2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days, or
- 10% of the total days rented at fair rental value?

(See page E-1.)

| | Yes | No |
|---|---|---|
| A | | X |
| B | | X |
| C | | |

| Income: | | A | B | C | | Totals (Add columns A, B, & C.) |
|---|---|---|---|---|---|---|
| 3 Rents received | 3 | 2,500 | 19,148 | | 3 | 21,648 |
| 4 Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel (see page E-2) | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | 32 | 200 | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | 741 | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Management fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-2) | 12 | 6,878 | 4,065 | | 12 | 10,943 |
| 13 Other interest | 13 | | | | | |
| 14 Repairs | 14 | | | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | | 1,700 | | | |
| 17 Utilities | 17 | 933 | | | | |
| 18 Other (list) ▶ | 18 | | | | | |
| TELEPHONE | | 64 | | | | |
| ALARM | | 75 | | | | |
| ASSOCIATION DUES | | | 4,440 | | | |
| 19 Add lines 5 through 18 | 19 | 8,723 | 10,405 | | 19 | 19,128 |
| 20 Depreciation expense or depletion (see page E-3) | 20 | | 6,203 | | 20 | 6,203 |
| 21 Total expenses. Add lines 19 and 20 | 21 | 8,723 | 16,608 | | | |
| 22 Income/(loss) from rental real estate or royalty properties. Subtract line 21 from 3 (rents) or 4 (royalties). If result is a (loss), see page E-3 to find out if you must file **Form 6198** | 22 | -6,223 | 2,540 | | | |
| 23 Deductible rental real estate loss. **Caution:** Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file **Form 8582**. Real estate professionals must complete line 42 on page 2 | 23 | (6,223) | ( ) | ( ) | | |
| 24 **Income.** Add positive amounts shown on line 22. **Do not** include any losses | | | | | 24 | 2,540 |
| 25 **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter the total losses here | | | | | 25 | (6,223) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2. | | | | | 26 | -3,683 |

**SCHEDULE SE (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Self-Employment Tax

▶ See Instructions for Schedule SE (Form 1040).

▶ Attach to Form 1040.

OMB No. 1545-0074

**1999**

Attachment Sequence No. **17**

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income . . . ▶ |
|---|---|
| ANGELA R. HUNTSMAN | 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 |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **OR**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See page SE-1.

**Note:** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE-3.

**Exception:** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner, **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 50.

## May I Use Short Schedule SE or MUST I Use Long Schedule SE?




## Section A – Short Schedule SE. Caution: Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a . . . . . . . . | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report . . . . . . . . | 2 | 149,803 |
| 3 | Combine lines 1 and 2. . . . . . . . | 3 | 149,803 |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax. . . . . . . . ▶ | 4 | 138,343 |
| 5 | **Self-employment tax.** If the amount on line 4 is:<br>• $72,600 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 50.**<br>• More than $72,600, multiply line 4 by 2.9% (.029). Then, add $9,002.40 to the result. Enter the total here and on **Form 1040, line 50.** | 5 | 13,014 |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** . . . . . . . . 6   6,507 | | |

Form **2106**

Department of the Treasury
Internal Revenue Service (99)

# Employee Business Expenses

▶ See separate instructions.
▶ Attach to Form 1040.

OMB No. 1545-0139

**1999**

Attachment Sequence No. **54**

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| DAVID M. HUNTSMAN | ATTORNEY | 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 |

**Part I** **Employee Business Expenses and Reimbursements**

| STEP 1 Enter Your Expenses | | Column A Other Than Meals and Entertainment | Column B Meals and Entertainment |
|---|---|---|---|
| 1 Vehicle expense from line 22c or line 29. (Rural mail carriers: See instructions) | 1 | | |
| 2 Parking fees, tolls, and transportation, including train, bus, etc., that **did not** involve overnight travel or commuting to and from work | 2 | | |
| 3 Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment | 3 | 210 | |
| 4 Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment SEE STATEMENT 7 | 4 | 1,421 | |
| 5 Meals and entertainment expenses (see instructions) | 5 | | 628 |
| 6 **Total expenses.** In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 | 6 | 1,631 | 628 |

**Note:** If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

**STEP 2 Enter Reimbursements Received From Your Employer for Expenses Listed in STEP 1**

| | | | |
|---|---|---|---|
| 7 Enter reimbursements received from your employer that were **not** reported to you in box 1 of Form W-2. Include any reimbursements reported under code "L" in box 13 of your Form W-2 (see instructions) | 7 | | |

**STEP 3 Figure Expenses To Deduct on Schedule A (Form 1040)**

| | | | |
|---|---|---|---|
| 8 Subtract line 7 from line 6. If zero or less, enter -0-. However, if line 7 is greater than line 6 in Column A, report the excess as income on Form 1040, line 7 | 8 | 1,631 | 628 |
| **Note:** If **both columns** of line 8 are zero, you cannot deduct employee business expenses. Stop here, and attach Form 2106 to your return. | | | |
| 9 In Column A, enter the amount from line 8. In Column B, multiply the amount on line 8 by 50% (.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses by 55% (.55) instead of 50%. For more details, see instructions.) | 9 | 1,631 | 314 |
| 10 Add the amounts on line 9 of both columns and enter the total here. **Also, enter the total on Schedule A (Form 1040), line 20.** (Fee-basis state or local government officials, qualified performing artists, and individuals with disabilities: See the instructions for special rules on where to enter the total.) ▶ | 10 | | 1,945 |

**For Paperwork Reduction Act Notice, see instructions.**



KFA

Form **8283** (Rev. October 1998) Department of the Treasury Internal Revenue Service

# Noncash Charitable Contributions

▶ Attach to your tax return if you claimed a total deduction of over $500 for all contributed property.
▶ See separate instructions.

OMB No. 1545-0908

Attachment Sequence No. 55

Name(s) shown on your income tax return: ANGELA R. AND DAVID M. HUNTSMAN

Identifying number: 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

**Note:** Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

**Section A** – List in this section **only** items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is over $5,000 (see instructions).

**Part I** **Information on Donated Property** – If you need more space, attach a statement.

| 1 | (a) Name and address of the donee organization | (b) Description of donated property |
|---|---|---|
| A | SALVATION ARMY<br>LOS ANGELES, CA | BED, GAS RANGE, WASHER&DRYER, SOFA |
| B | | |
| C | | |
| D | | |
| E | | |

**Note:** If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | VARIOUS | VARIOUS | PURCHASE | 3,500 | 1,050 | COMPARABLE SALES |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

**Part II** **Other Information** – Complete line 2 if you gave less than an entire interest in property listed in Part I. Complete line 3 if restrictions were attached to a contribution listed in Part I.

2 If, during the year, you contributed less than the entire interest in the property, complete lines a – e.

a Enter the letter from Part I that identifies the property ▶ ________ . If Part II applies to more than one property, attach a separate statement.

b Total amount claimed as a deduction for the property listed in Part I: (1) For this tax year ▶ ________ .
(2) For any prior tax years ▶ ________ .

c Name and address of each organization to which any such contribution was made in a prior year (complete only if different than the donee organization above):

Name of charitable organization (donee)

Address (number, street, and room or suite no.)

City or town, state, and ZIP code

d For tangible property, enter the place where the property is located or kept ▶ ________

e Name of any person, other than the donee organization, having actual possession of the property ▶ ________

3 If conditions were attached to any contribution listed in Part I, answer questions a – c and attach the required statement (see instructions).

| | Yes | No |
|---|---|---|
| a Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? | | |
| b Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? | | |
| c Is there a restriction limiting the donated property for a particular use? | | |

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amortization
## (Including Information on Listed Property)

▶ See separate instructions. ▶ Attach this form to your return.

OMB No. 1545-0172
**1999**
Attachment Sequence No. **67**

Name(s) shown on return: ANGELA R. AND DAVID M. HUNTSMAN

Identifying number: 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

Business or activity to which this form relates: SCHEDULE C - ANGELA R. HUNTSMAN

**Part I — Election To Expense Certain Tangible Property (Section 179)** (Note: If you have any "listed property," complete Part V before you complete Part I.)

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions | 1 | $19,000 |
| 2 | Total cost of section 179 property placed in service. See page 2 of the instructions | 2 | 2,228 |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions | 5 | 19,000 |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 5-YEAR TELEPHONES | 383 | 383 |
| | | |
| | | |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 | 7 | 1,845 |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 2,228 |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | 2,228 |
| 10 | Carryover of disallowed deduction from 1998. See page 2 of the instructions | 10 | 0 |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | 19,000 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 2,228 |
| 13 | Carryover of disallowed deduction to 2000. Add lines 9 and 10, less line 12 ▶ | 13 | 0 |

**Note:** Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II — MACRS Depreciation For Assets Placed in Service ONLY During Your 1999 Tax Year** (Do Not Include Listed Property.)

**Section A – General Asset Account Election**

14 If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 3 of the instructions ▶ ☐

**Section B – General Depreciation System (GDS)** (See page 3 of the instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only – see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C – Alternative Depreciation System (ADS):** (See page 5 of the instructions.)

| (a) Classification of property | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 16a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

**Part III — Other Depreciation** (Do Not Include Listed Property.) (See page 5 of the instructions.)

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1999 | 17 | |
| 18 | Property subject to section 168(f)(1) election | 18 | |
| 19 | ACRS and other depreciation | 19 | |

**Part IV — Summary** (See page 6 of the instructions.)

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | |
| 21 | **Total.** Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships & S corporations – see instructions | 21 | 2,228 |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

## Part V Listed Property – Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A – Depreciation and Other Information (Caution:** See page 7 of the instructions for limits for passenger automobiles.

23a Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No | 23b If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **24** Property used more than 50% in a qualified business use (See page 6 of the instructions.): | | | | | | | | |
| LEXUS ES | 8/22/98 | 76.18 | | | | | | |
| COMPUTER AND P | VARIOUS | 100.0 | 245 | | 5.0 | 200DB HY | | 245 |
| COMPUTER & SOF | 7/10/99 | 100.0 | 1,600 | | 5.0 | 200DB HY | | 1,600 |
| **25** Property used 50% or less in a qualified business use (See page 6 of the instructions.): | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

26 Add amounts in column (h). Enter the total here and on line 20, page 1 .......... **26** 0

27 Add amounts in column (i). Enter the total here and on line 7, page 1 .......... **27** 1,845

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **28** Total business/investment miles driven during the year (DO NOT include commuting miles–see page 1 of the instructions) | 9,142 | | | | | | | | | | | |
| **29** Total commuting miles driven during the year | 561 | | | | | | | | | | | |
| **30** Total other personal (noncommuting) miles driven | 2,297 | | | | | | | | | | | |
| **31** Total miles driven during the year. Add lines 28 to 30 | 12,000 | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **32** Was the vehicle available for personal use during off-duty hours? | X | | | | | | | | | | | |
| **33** Was the vehicle used primarily by a more than 5% owner or related person? | X | | | | | | | | | | | |
| **34** Is another vehicle available for personal use? | X | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| **35** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **36** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 8 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners. | | |
| **37** Do you treat all use of vehicles by employees as personal use? | | |
| **38** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **39** Do you meet the requirements concerning qualified automobile demonstration use? See page 8 of the instructions | | |

**Note:** If your answer to 35, 36, 37, 38 or 39 is "Yes," you need not complete Section B for the covered vehicles.

## Part VI Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **40** Amortization of costs that begins during your 1999 tax year: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

41 Amortization of costs that began before 1999 .......... **41**

42 Total. Enter here and on "Other Deductions" or "Other Expenses" line of your return .......... **42**

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amortization
## (Including Information on Listed Property)

▶ **See separate instructions.** ▶ **Attach this form to your return.**

OMB No. 1545-0172
**1999**
Attachment Sequence No. **67**

Name(s) shown on return: ANGELA R. AND DAVID M. HUNTSMAN
Identifying number: 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

Business or activity to which this form relates: SCHEDULE E - TEMPORARY RENTAL

**Part I — Election To Expense Certain Tangible Property (Section 179)** (Note: If you have any "listed property," complete Part V before you complete Part I.)

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions | 1 | $19,000 |
| 2 | Total cost of section 179 property placed in service. See page 2 of the instructions | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions | 5 | |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| | | |
| | | |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from 1998. See page 2 of the instructions | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2000. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II — MACRS Depreciation For Assets Placed in Service ONLY During Your 1999 Tax Year** (Do Not Include Listed Property.)

**Section A – General Asset Account Election**

14 If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 3 of the instructions ▶ ☐

**Section B – General Depreciation System (GDS)** (See page 3 of the instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only – see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | 1/01/99 | 178,000 | 27.5 yrs | MM | S/L | 6,203 |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C – Alternative Depreciation System (ADS):** (See page 5 of the instructions.)

| (a) Classification of property | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 16a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

**Part III — Other Depreciation** (Do Not Include Listed Property.) (See page 5 of the instructions.)

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1999 | 17 | |
| 18 | Property subject to section 168(f)(1) election | 18 | |
| 19 | ACRS and other depreciation | 19 | |

**Part IV — Summary** (See page 6 of the instructions.)

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | |
| 21 | **Total.** Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships & S corporations – see instructions | 21 | 6,203 |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

KFA **For Paperwork Reduction Act Notice, see page 9 of the instructions.** Form **4562** (1999)

CLIENT AMDHUNT ANGELA R. AND DAVID M. HUNTSMAN 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

07/25/06 05:03 PM

**STATEMENT 1**
**FORM 1040**
**WAGE SCHEDULE**

| SPOUSE - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | LOCAL W/H |
|---|---|---|---|---|---|---|
| BENSYM, INC. | 45,229 | | 3,330 | 779 | | 159 |
| GRAND TOTAL | 45,229 | 0 | 3,330 | 779 | 0 | 159 |

**STATEMENT 2**
**SCHEDULE A, LINE 1**
**MEDICAL AND DENTAL EXPENSES**

| | | |
|---|---|---|
| INSURANCE PREMIUMS | $ | 384 |
| TOTAL | $ | 384 |

**STATEMENT 3**
**SCHEDULE A, LINE 10**
**HOME MORTGAGE INTEREST REPORTED ON FORM 1098**

| | | |
|---|---|---|
| FIRST NATIONWIDE MORTGAGE CORP. | $ | 16,330 |
| GREENPOINT MORTGAGE FUNDING INC. | | 11,069 |
| MORGAN STANLEY DEAN WITTER CREDIT CORP. | | 2,392 |
| PROVIDENT FUNDING ASSOCIATES, L.P. | | 6,231 |
| TOTAL | $ | 36,022 |

**STATEMENT 4**
**SCHEDULE A, LINE 15**
**CONTRIBUTIONS BY CASH OR CHECK**

| | | |
|---|---|---|
| DUCKS UNLIMITED | $ | 100 |
| L.A. GAY AND LESBIAN CENTER | | 25 |
| U.S.C.F. | | 35 |
| VELO CLUB LA GRANGE WESTWOOD | | 60 |
| TOTAL | $ | 220 |

**STATEMENT 5 – PSYCHOLOGIST**
**SCHEDULE C, LINE 6**
**OTHER INCOME**

| | | |
|---|---|---|
| CONAGRA GROCERY PRODUCTS CO. | $ | 72,161 |
| DAVID CHIN, DDS | | 743 |
| IGT | | 50,880 |
| MATSUSHITA AVIONICS SYSTEMS | | 31,050 |
| METAMOR GLOBAL SOLUTIONS INC | | 1,400 |
| PSYCHO-LEGAL ASSOCIATES, INC. | | 4,050 |
| TELEFLORA | | 19,688 |
| TOTAL | $ | 179,972 |

CLIENT AMDHUNT | ANGELA R. AND DAVID M. HUNTSMAN | 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

07/25/06 05:03 PM

**STATEMENT 6 – PSYCHOLOGIST**
**SCHEDULE C, PART V**
**OTHER EXPENSES**

| | | |
|---|---|---|
| BUSINESS GIFTS (LTD) | $ | 623 |
| CELLULAR TELEPHONE (BUS. USE) | | 1,220 |
| COMPUTER SERVICES | | 340 |
| CONTINUING EDUCATION | | 1,027 |
| DUES TO ASSOCIATIONS | | 690 |
| PAGER SERVICE | | 101 |
| PARKING | | 432 |
| POST OFFICE BOX | | 192 |
| POSTAGE | | 208 |
| RESEARCH | | 303 |
| TELEPHONE (BUS. USE) | | 1,340 |
| TESTING MATERIALS | | 3,461 |
| TOTAL | $ | 9,937 |

**STATEMENT 7 – ATTORNEY**
**FORM 2106, LINE 4**
**OTHER BUSINESS EXPENSES**

| | | |
|---|---|---|
| CONTINUING EDUCATION | $ | 374 |
| DUES AND LICENSES | | 1,047 |
| TOTAL | $ | 1,421 |

CLIENT AMDHUNT ANGELA R. AND DAVID M. HUNTSMAN 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

07/25/06 05:03 PM

**VEHICLE EXPENSES – SCHEDULE C**
**PSYCHOLOGIST**

| | LEXUS ES |
|---|---|
| 1. DATE PLACED IN SERVICE | 8/22/98 |
| 2. TOTAL MILEAGE | 12,000 |
| 3. BUSINESS MILEAGE | |
| A. BEFORE 4/01/99 | 2,285 |
| B. AFTER 3/31/99 | 6,857 |
| C. TOTAL | 9,142 |
| 4. BUSINESS USE (DIVIDE LINE 3C BY LINE 2) | 0.7618 |
| STANDARD MILEAGE RATE: | |
| 5. COMPUTATION OF STANDARD MILEAGE RATE | |
| A. MULTIPLY LINE 3A BY 32.5 CENTS (.325) | 743 |
| B. MULTIPLY LINE 3B BY 31 CENTS (.31) | 2,126 |
| C. TOTAL | 2,869 |
| ACTUAL EXPENSES: | |
| 6. GASOLINE, LUBE AND OIL | 501 |
| 7. REPAIRS | |
| 8. TIRES | |
| 9. INSURANCE | 750 |
| 10. MISCELLANEOUS | |
| 11. AUTO LICENSE (EXCEPT PERS. PROP. TAXES) | |
| 12. VALUE OF EMPLOYER-PROVIDED VEHICLE | |
| 13. VEHICLE RENT OR LEASE (LESS INCLUSION) | |
| 14. ADD LINES 6 THROUGH 13 | 1,251 |
| 15. MULTIPLY LINE 14 BY LINE 4 | 953 |
| 16. DEPRECIATION AND SECTION 179 DEDUCTION | |
| 17. ADD LINES 15 AND 16 | 953 |
| TOTAL VEHICLE EXPENSES: | |
| 18. ENTER LINE 5C OR LINE 17 | 2,869 |
| 19. PARKING FEES AND TOLLS | |
| 20. ADD LINES 18 AND 19 | 2,869 |
| VEHICLE EXPENSE ALLOCATION: | |
| 21. CAR AND TRUCK EXPENSES | 2,869 |
| 22. DEPRECIATION | |
| 23. VEHICLE RENT OR LEASE PAYMENTS | |
| 24. ADD LINES 21, 22, AND 23 | 2,869 |
| 25. INTEREST EXPENSE (BUSINESS PORTION) | |
| 26. TAXES AND LICENSES (BUSINESS PORTION) | |
| 27. PERSONAL PROPERTY TAXES (SCHEDULE A) | |