**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 06-864 T**
**(Judge Robert H. Hodges, Jr.)**

---

**DAVID M. HUNTSMAN AND**
**ANGELA R. HUNTSMAN**

**Plaintiffs,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

**MOTION FOR ENLARGEMENT OF TIME**

---

To the Clerk:

Please enter the appearance of Jeffrey R. Malo, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jeffrey R. Malo, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

February 9, 2007

s/ Jeffrey R. Malo

Jeffrey R. Malo, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Voice: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov