**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 06-864 T**
**(Judge Robert H. Hodges, Jr.)**

---

**DAVID M. HUNTSMAN AND**
**ANGELA R. HUNTSMAN**

**Plaintiffs,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

# MOTION FOR ENLARGEMENT OF TIME

---

Defendant, the United States, respectfully moves the Court for an enlargement of time of 30 days, from February 17, 2007 to and including March 19, 2007, within which to answer or otherwise respond to the complaint in the above-captioned case. This is the first enlargement requested for this purpose.

As good cause for this request, defendant states as follows:

Immediately upon receipt of the Complaint, defendant's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service, along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position which the Government should adopt. As of the date this motion was filed, defendant's attorney had not received the relevant files from the Office of Chief Counsel. Defendant's attorney cannot prepare a response to the complaint until these files are received and reviewed.

The time requested herein is necessary for defendant's attorney to have adequate time to review the relevant files, and prepare a response to the complaint.

Plaintiff's counsel does not oppose defendant's request for an enlargement of 30 days within which to answer the complaint.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

February 9, 2007

s/ Jeffrey R. Malo
JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID D. GUSTAFSON
*Acting Chief, Court of Federal Claims Section*

February 9, 2007

s/ David D. Gustafson
Of Counsel