# In the United States Court of Federal Claims

* * * * * * *

DAVID M. HUNTSMAN and ANGELA R. HUNTSMAN, *

Plaintiffs, * No. 06-864 T

v. * Filed: May 15, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties filed their Joint Preliminary Status Report on May 11 requesting a discovery period of 180 days. Counsel's request is GRANTED. Discovery in this case will close November 13, 2007. The parties will file a joint status report by December 13 to inform the court how they wish to proceed. We will schedule pretrial briefing and other pretrial activities at that time.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge