**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 06-864 T
(Judge Robert H. Hodges, Jr.)

DAVID M. HUNTSMAN and ANGELA R. HUNTSMAN

Plaintiffs,

v.

THE UNITED STATES

Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's order filed on May 15, 2007, the parties submit the following Joint Status Report.

1. The parties have completed discovery in accordance with the discovery plan approved by the Court on May 15, 2007.

2. Plaintiffs, through their counsel, submitted a settlement offer to defendant on December 4, 2007.

3. Defendant is currently reviewing the proposed settlement terms, and notwithstanding the close of the discovery period, may request additional information from plaintiffs related to their settlement offer.

4. The parties believe there is a substantial likelihood that they can settle the matter without the need for further proceedings.

5. The parties propose that they be allowed to continue their settlement negotiations and file a Joint Status Report on or before January 31, 2008, to update the Court on the progress of the parties' settlement efforts.

6. If the Court does not object to the parties' proposed course of action, the parties respectfully request that the Court enter a scheduling order for the parties to file a Join Status Report to be filed on January 31, 2008.

Respectfully submitted,

December 13, 2007

s/ Robert C. Norton

ROBERT C. NORTON
*Stone, Rosenblatt & Cha, PLC*
*21550 Oxnard Street, Suite 200*
*Woodland Hills, CA 91367*
*Voice: (818) 999-2233*
*Fax: (818) 999-2269*
*Email: Rnorton@srclaw.com*

Counsel for Plaintiff

December 13, 2007

s/ Jeffrey R. Malo

JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General,*
*Tax Division*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
G. ROBSON STEWART
*Reviewer, Court of Federal Claims Section*

December 13, 2007

s/ G. Robson Stewart
Of Counsel