# In the United States Court of Federal Claims

* * * * * * *

| | | |
|---|---|---|
| DAVID M. HUNTSMAN and ANGELA R. HUNTSMAN, | * | |
| Plaintiffs, | * | No. 06-864 T |
| v. | * | Filed: December 17, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * *

**ORDER**

The parties filed their Joint Status Report on December 13 requesting a continuance for purposes of settlement. Counsels' request is GRANTED. The parties will file a joint status report on January 31, 2008

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge