**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 06-864 T
(Judge Robert H. Hodges, Jr.)

DAVID M. HUNTSMAN and ANGELA R. HUNTSMAN

Plaintiffs,

v.

THE UNITED STATES

Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's order filed on December 17, 2007, the parties submit the following Joint Status Report.

1. Plaintiffs, through their counsel, submitted a settlement offer to defendant on December 4, 2007.

2. Four issues were identified by the parties in their Joint Preliminary Status Report. The parties are discussing their differences with respect to two issues, and there remains a substantial likelihood that they can settle the matter without the need for further proceedings.

3. The parties propose that they be allowed to continue their settlement negotiations and file a Joint Status Report on or before March 14, 2008, to update the Court on the progress of the parties' settlement efforts.

4. If the Court does not object to the parties' proposed course of action, the parties respectfully request that the Court enter a scheduling order for the parties to file a Join Status Report to be filed on March 14, 2008.

Respectfully submitted,

January 30, 2008

s/ Robert C. Norton

ROBERT C. NORTON
*Stone, Rosenblatt & Cha, PLC*
*21550 Oxnard Street, Suite 200*
*Woodland Hills, CA 91367*
*Voice: (818) 999-2233*
*Fax: (818) 999-2269*
*Email: Rnorton@srclaw.com*

Counsel for Plaintiff

January 30, 2008

s/ Jeffrey R. Malo

JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General,*
*Tax Division*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
G. ROBSON STEWART
*Reviewer, Court of Federal Claims Section*

January 30, 2008

s/ G. Robson Stewart

Of Counsel

Counsel for Defendant