# In the United States Court of Federal Claims

* * * * * * *

DAVID M. HUNTSMAN and
ANGELA R. HUNTSMAN,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

* * * * * * *

No. 06-864 T

Filed: January 31, 2008

**ORDER**

The parties filed their Joint Status Report on January 30 requesting a continuance for purposes of settlement. Counsels' request is GRANTED. The parties will file a joint status report on March 14.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge