**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 06-864 T
(Judge Robert H. Hodges, Jr.)

DAVID M. HUNTSMAN and ANGELA R. HUNTSMAN

Plaintiffs,

v.

THE UNITED STATES

Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's Order filed on January 31, 2008, the parties submit the following Joint Status Report.

1. Plaintiffs, through their counsel, submitted a settlement offer to defendant on December 4, 2007.
2. Defendant responded to plaintiff's settlement offer with comments and analysis on January 29, 2008.
3. Plaintiff's counsel is currently changing firms and will be retaining plaintiffs as clients.
4. Plaintiff's counsel recently had a death in the family and has been temporarily occupied with family matters.
5. Plaintiffs now reside in Australia, limiting counsel's opportunity to communicate with his clients regarding their settlement offer.

6. The parties continue to believe that there is a substantial likelihood that this case will settle.

7. Plaintiff's counsel anticipates that the factors hindering his ability to proceed with settlement negotiations will be fully resolved within 60 days from the date of this filing.

8. Accordingly, the parties propose and respectfully request that the Court enter a scheduling order for the parties to file a Joint Status Report updating the Court on the progress of their settlement negotiations on May 13, 2008.

Respectfully submitted,

March 14, 2008

s/ Robert C. Norton

ROBERT C. NORTON
*Stone, Rosenblatt & Cha, PLC*
*21550 Oxnard Street, Suite 200*
*Woodland Hills, CA 91367*
*Voice: (818) 999-2233*
*Fax: (818) 999-2269*
*Email: rnorton@srclaw.com*

Counsel for Plaintiff

March 14, 2008

s/ Jeffrey R. Malo

JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General,*
*Tax Division*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
G. ROBSON STEWART
*Reviewer, Court of Federal Claims Section*

March 14, 2008

s/ G. Robson Stewart

Of Counsel

Counsel for Defendant