**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 06-864 T
(Judge Robert H. Hodges, Jr.)

DAVID M. HUNTSMAN and ANGELA R. HUNTSMAN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**JOINT STATUS REPORT**

Pursuant to the parties' proposal in the Joint Status Report filed on March 14, 2008, the parties submit the following Joint Status Report to update the Court on the progress of their settlement negotiations.

1. Plaintiffs, through their counsel, submitted a settlement offer to defendant on December 4, 2007.

2. Defendant responded to plaintiff's settlement offer with comments and analysis on January 29, 2008.

3. Plaintiffs' counsel has difficulty communicating with his clients because they reside in Australia.

4. Plaintiffs' counsel also recently began working at a new firm, and it has taken him longer than anticipated to resume settlement efforts in this case.

5. On May 7, 2008, plaintiffs' counsel advised defendant that additional documents were found to support plaintiffs' claim, and that the newly

found documents would be sent to defendant as soon as they are received from Australia.

6. The parties agree that upon defendant's receipt of the newly found documents, plaintiffs will not submit further documentation in support of their claim.

7. The parties continue to believe that settlement of this case is likely.

8. Accordingly, the parties propose and respectfully request that the Court allow the parties an additional 60 days to settle the case.

9. If the Court approves, the parties respectfully request that the Court enter a scheduling order for the parties to file a Joint Status Report to update the Court on the progress of their settlement negotiations on July 12, 2008.

Respectfully submitted,

May 13, 2008

s/ Robert C. Norton

ROBERT C. NORTON
*Rodi Pollock Pettker Christian & Pramov*
*444 South Flower Street*
*Suite 1700*
*Los Angeles, CA 90071-2901*
*Voice: (213) 895-4900*
*Fax: (213) 895-4922*
*Email: rnorton@rodipollock.com*

Counsel for Plaintiff

May 13, 2008

s/ Jeffrey R. Malo

JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General,*
*Tax Division*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
G. ROBSON STEWART
*Reviewer, Court of Federal Claims Section*

May 13, 2008

s/ G. Robson Stewart

Of Counsel

Counsel for Defendant