# In the United States Court of Federal Claims

* * * * * * *

DAVID M. HUNTSMAN and ANGELA R. HUNTSMAN, *

Plaintiffs, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

No. 06-864 T

Filed: May 13, 2008

**ORDER**

The parties filed their Joint Status Report on May 13 requesting a continuance for purposes of settlement. Counsels' request is GRANTED. The parties will file a joint status report on July 12.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge