**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 06-864 T
(Judge Robert H. Hodges, Jr.)

DAVID M. HUNTSMAN and ANGELA R. HUNTSMAN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's Order filed on May 13, 2008, the parties submit the following Joint Status Report to update the Court on the progress of their settlement negotiations.

1. Plaintiffs, through their counsel, submitted a settlement offer to defendant on December 4, 2007.

2. Defendant responded to plaintiffs' settlement offer with comments and analysis on January 29, 2008.

3. Plaintiffs sent supplemental documentation in support of their claim to defendant's attorney on June 2, 2008.

4. Plaintiffs, through their counsel, revised their settlement offer on July 8, 2008.

5. Defendant's trial attorney is recommending that the revised settlement offer be accepted, and is submitting it for review within the Tax Division.

6. If plaintiffs' revised offer is accepted, the parties would file a joint stipulation to dismiss the complaint with prejudice.

7. The parties respectfully request that the Court allow the parties an additional 60 days to settle the case.

8. If the Court approves, the parties respectfully request that the Court enter a scheduling order for the parties to file a Joint Status Report to update the Court on the progress of their settlement efforts on or before September 9, 2008, unless the parties file a joint stipulation to dismiss the complaint before the proposed date.

Respectfully submitted,

July 11, 2008

s/ Robert C. Norton
ROBERT C. NORTON
*Rodi Pollock Pettker Christian & Pramov*
*444 South Flower Street*
*Suite 1700*
*Los Angeles, CA 90071-2901*
*Voice: (213) 895-4900*
*Fax: (213) 895-4922*
*Email: rnorton@rodipollock.com*

Counsel for Plaintiff

July 11, 2008

s/ Jeffrey R. Malo
JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General,*
*Tax Division*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
G. ROBSON STEWART
*Reviewer, Court of Federal Claims Section*

July 11, 2008

s/ G. Robson Stewart
Of Counsel

Counsel for Defendant