# In the United States Court of Federal Claims

* * * * * * *

DAVID M. HUNTSMAN and *
ANGELA R. HUNTSMAN,
*
Plaintiffs, No. 06-864 T
*
v. Filed: July 14, 2008
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * * *

**ORDER**

The parties filed their Joint Status Report on July 11 requesting a continuance for purposes of settlement. Counsels' request is GRANTED. The parties will file a joint status report on or before September 9.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge