RODI POLLOCK PETTKER CHRISTIAN
& PRAMOV, A Law Corporation
ROBERT C. NORTON (SBN 85498)
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
Telephone: (213) 895-4900
Facsimile: (213) 895-4921

Attorney for Plaintiffs, David M. Huntsman and
Angela R. Huntsman

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAVID M. HUNTSMAN and ANGELA R. HUNTSMAN, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 1:06-CV-00864-RHH<br>[Assigned to Judge Robert H. Hodges, Jr. (mij)]<br><br>NOTICE OF CHANGE OF ADDRESS |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, as of March 19, 2008, Robert C. Norton, Esq., attorney for plaintiffs David M. Huntsman and Angela R. Huntsman, is now with the law offices of Rodi Pollock Pettker Christian & Pramov, a Law Corporation. His new contact information is as follows:

Robert C. Norton, Esq.
Rodi Pollock Pettker Christian & Pramov
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901

Telephone Number: (213) 895-4900
Facsimile Number: (213) 895-4922

E-mail address: rcn@rodipollock.com

DATED: June 20, 2008

RODI POLLOCK PETTKER CHRISTIAN &
PRAMOV, A Law Corporation

By: [signature]
Robert C. Norton
Attorney for David M. Huntsman
and Angela R. Huntsman

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 1700, Los Angeles, California 90071-2901.

On June 20, 2008, I served the following document(s) described as **NOTICE OF CHANGE OF ADDRESS** on the interested parties in this action as follows:

Jeffrey R. Malo
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D. C. 20044

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Rodi Pollock Pettker Christian & Pramov's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 20, 2008, at Los Angeles, California.

Judith Robbins