**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 06-864 T
(Judge Robert H. Hodges, Jr.)

DAVID M. HUNTSMAN and ANGELA R. HUNTSMAN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's Order filed on July 14, 2008, the parties submit the following Joint Status Report to update the Court on the progress of their settlement negotiations.

1. Plaintiffs, through their counsel, submitted a settlement offer to defendant on December 4, 2007.

2. Through the course of discovery, plaintiffs agreed to revise their settlement offer on July 8, 2008.

3. Defendant's trial attorney recommended that the settlement offer be accepted, and submitted it for review within the Tax Division.

4. Tax Division management requested that defendant's trial attorney elaborate on a few issues in a revised settlement recommendation.

5. It is anticipated that Tax Division management's review will be complete within 30 days from the filing date of this status report.

6. The parties respectfully request that the Court allow the parties an additional 30 days to settle the case.

7. If the Court approves, the parties respectfully request that the Court enter a scheduling order for the parties to file a Joint Status Report to update the Court on the progress of their settlement efforts on or before October 9, 2008, unless the parties file a joint stipulation to dismiss the complaint before the proposed date.

Respectfully submitted,

September 9, 2008

s/ Robert C. Norton

ROBERT C. NORTON
*Rodi Pollock Pettker Christian & Pramov*
*444 South Flower Street*
*Suite 1700*
*Los Angeles, CA 90071-2901*
*Voice: (213) 895-4900*
*Fax: (213) 895-4922*
*Email: rnorton@rodipollock.com*

Counsel for Plaintiff

September 9, 2008

s/ Jeffrey R. Malo

JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General,*
*Tax Division*
STEVEN FRAHM
*Acting Chief,*
*Court of Federal Claims Section*
G. ROBSON STEWART
*Reviewer, Court of Federal Claims Section*

September 9, 2008

s/ G. Robson Stewart

Of Counsel

Counsel for Defendant