# In the United States Court of Federal Claims

* * * * * * *

DAVID M. HUNTSMAN and ANGELA R. HUNTSMAN, *

*

Plaintiffs, No. 06-864 T

*

v. Filed: September 12, 2008

*

UNITED STATES OF AMERICA,

*

Defendant.

*

* * * * * * *

**ORDER**

The parties filed their Joint Status Report on September 9, requesting a further continuance for purposes of settlement. Counsels' request is GRANTED. The parties will file a joint status report on or before October 9, unless the parties file a joint stipulation of dismissal before then.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge